**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO,

        Plaintiff,

  v.

JOE McGRATH, et al.,

        Defendants.

_____/

No. C 07-4256 PJH (PR)

**DENIAL OF MOTION FOR APPOINTMENT OF COUNSEL**

       This is a civil rights case filed pro se by a state prisoner.  Plaintiff has moved for appointment of counsel.

       There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), and although district courts may "request" that counsel represent a litigant who is proceeding in forma pauperis, as plaintiff is here, *see* 28 U.S.C. § 1915(e)(1), that does not give the courts the power to make "coercive appointments of counsel."  *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

       Plaintiff appears able to present his claims adequately, and the issues are not complex.  The motion for appointment of counsel (document number 5 on the docket) is **DENIED**.

       **IT IS SO ORDERED.**

Dated: March 4, 2008.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\SOLTERO4256.ATY.wpd