UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DANIEL SOLTERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOE MCGRATH et al,<br><br>　　　　Defendants. | Case Number: CV07-04256 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Daniel Soltero K-36340
High Desert State Prison
D5-210
P.O. Box 3030
Soledad, CA 96127

Dated: March 4, 2008

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk