Victor Daniel Soltero K36340
HIGH DESERT STATE PRISON D5-218
PO BOX 3030
Susanville, CA 96127

FILED
08 MAR 17 PM 4:53

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO
Plaintiff,
v.
JOE McGRATH, et al.,
Defendants.

Case No. C 07-4256 PJH (PR)
MOTION FOR DISCOVERY AND DISCLOSURE Per. Cal Rules of Ct. Fed. Civil L.R. 26 and Civil L.R. 16-10.

(NOTE: Plaintiff files this motion pursuant to California Rules of Court (Federal) Civil L.R. 7-1(b), "Motion must be directed to Judge to whom the action is assigned"). The Plaintiff 'in good faith' moves for an conference between the Plaintiff and Defendants Counsel to request the production and disclosure of discovery material. Plaintiff further seeks relevant material from parties other then Defendants. The discovery material saught and the holder of said-

material (to the best of the Plaintiff's Knowledge) is as follows:

(1) Victor Daniel Soltero K36340 (Plaintiff) @ HIGH DESERT STATE PRISON DS-210, P.O. BOX 3030, Susanville, CA 96127. The material saught, and now being foward and disclosed, is the finding of Rule Violation Report 115 (RVR 115), (EXIBIT "A" of this motion) where Plaintiff is found Guilty.

An curious review of the record reveals that this RVR 115 (was reissued reheard) had been 'dismissed in the interest of justice'! (SEE EXIBIT 128G DATED 8-9-07 FOUND IN (PREVIOUSLY FOWARD TO COURT) EXPEDITED MOTION), with SVSP Admin. SIGNATURES FOUND THEREAPON.). SEE EXIBIT A-1 OF THIS MOTION, WHERE PLAINTIFF WAS HELD IN ASU (SALINAS VALLEY STATE PRISON) FOR THE COMPLETION OF DISCIPLINARY PROCESS NOTED IN 'DISCIPLINARY HISTORY "PENDING"', ON 128G DATED 5-17-2007, EXIBIT A-1.

Plaintiff now reiterates section A. of INMATE/PAROLEE APPEAL FORM 602 Dated 1-11-2007 (SEE EXIBIT "B" of the Original COMPLAINT FILED UNDER 42USC1983).

"... IT APPEARS THAT THE SENIOR HEARING OFFICER SELECTS FROM THE EVIDENCE WHAT HE(SHE) THINKS IS IMPORTANT (STRAINS AND TWISTS THE EVIDENCE TO REACH A DESIRED RESULT), AND OMITS THE REST; HE(SHE) INTERPOLATES IN THEM THINGS WHICH THEY DO NOT EXPLICITLY SAY, ... AND HE(SHE) CRITICIZES THE EVIDENCE BY REJECTING OR AMENDING WHAT HE (SHE) REGARDS AS DUE TO MISINFORMATION OR MENDACITY.";

(2) Linda Poluda, Program Manager Government Claims Division, Victim Compensation and Government Claims Board, @ VCGCB Government Claims Program 400 R Street, 5th Floor. Sacramento CA 95814.
RE: Claim# G566872 for Victor D. Soltero K36340 (SEE EXIBIT "B" of this motion).
NOTE: Plaintiff has met the six month date per Government Code Section 945.6. PLEASE CONSULT GOVERNMENT CODE SECTION 955.4 FOR PROPER SERVICE OF SUMMONS AND COMPLAINT. ;

(3) Chief Deputy Warden Lewis, Internal Affairs Division IAD @ Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960.
The material sought is the video tape evidence noted in Exibit "A" (RVR PART C OF THIS MOTION), this video tape audibly and visually records the identy of the Medical Tech, and her reporting of the incident, visually filling out documentation (on video) which was omited from Crime/Incident Report. The said video, unless edited, records the Plaintiff, and Inmates Vega, and Guzman, from the point where they are removed from assigned cells, and follows Plaintiff to program area consistantly. while escort is in route the Plaintiff suffered intimidation

tactics of an cohearsiveness and threats, {threats which were later carried out in retaliation and reprisals} to have the Plaintiff denounce the Medical Tech.'s reporting of misconduct. The identity(s) of the numerious correctional officers whom participated, and Sgt's whom participated in this illegal use of force videotaped interview. (NOTE SVSP Operation Procedure 48 or 48B, clearly states to the effect that the procedure will be conducted at no less than the rank of lieutenant, and further articulates upon warning officers or employees directly involved to not involve them-self or others, nor attempt to impede upon reporting, or other prongs found in the Operation procedure 48 or 48B.) Here in this instance it is an clear violation of the said-Operation Procedure, and an effort by the Defendants named or yet to be named whom are depicted on said-video.). Although the video was designed to produce equivocal results by the defendants, it now evidences unequivocally the defendants measures to compound and conceal.

In clarification the discovery sought is the video tape; [IDENTITY] identify of the numerous correctional officers and sergeants depicted on said-video; the identity of the Medical Tech.

and the reports which she filed in regard to this instant matter and; the work product as an result of the IAD investigation regarding the staff misconduct to include the letter(s) and evidences foward to S.V.S.P. IAD BY the Monterey County District Attorney's office which has offered it assistance in the investigation, and stemming therefrom, and material related to this case. (Exibit "C" correspondance from Monterey County D.A. office. To be foward as soon as Plaintiff can obtain copy(s), in near furture.)

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Respectfully submitted, 3·11·2008

[signature]

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

D5 210

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | 2-24-21 | S.V.S.P. | | 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 R 07-05-0010R |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| C.C.R. §3005(b) | **Willfully Resisting a** Peace Officer | Fac "C" Build.8 "C" Pod | 10/02/06 | 1100 Hrs. |

CIRCUMSTANCES   On March 08, 2007, this CDC-115 Log #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, is ordered retyped and reissued, Modification Order #07-010 per CDO M. Moore received on Facility "C" on 03/08/07, due to procedural errors. On 10-02-06, at approximately 1100 hours, while performing my duties as C7 Floor #1. While assisting in mass cell searches in C8 C-Pod, I was on the floor in C-Pod when a personal alarm was activated due to resistive inmates on the upper tier. I approached Inmate Soltero, K-36340, C8-228J, who was already in handcuffs sitting on the bench. I informed Inmate Soltero that he was going to prone out with my assistance. I then placed my left hand on his right arm at which point inmate Soltero resisted by twisting his upper body side to side losing my grasp. I regained control at that time Officer E. Garcia placed his right hand on inmate Soltero's left arm and with the combined weight of Officer Garcia and my own we physically forced inmate Soltero to the ground. While Officer Garcia held inmate Soltero down I placed mechanical leg restraints on Soltero. Inmate Soltero was then escorted out of the building by responding staff.
Inmate Soltero [is not] a participant in the Mental Health Services Delivery System and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶  J. Ruelas, Correctional Officer | 3-15-07 | C7 Floor Officer #1 | W/T |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ M Nilman | 03 9 07 | DATE _____  LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | | ▶ | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | | 3-16-07 | 1300 | Copy of Original I E | | |
| ☒ INCIDENT REPORT LOG NUMBER: FC8-06-10-0623 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE 3-16-07 | TIME 1300 |

HEARING

REFERRED TO  ☐ CLASSIFICATION     ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| R. Ingwerson, Lieutenant | | ▶ R. Ingwerson | 1/22/08 | 1005 |

| REVIEWED BY: (SIGNATURE) ▶ | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | DATE | |
|---|---|---|---|---|

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |
|---|---|---|---|---|

CDC 115 (7/88)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-36340 | SOLTERO | C.C.R. §3005(b) | | S.V.S.P. | C07-03-0010R |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I REVOKE** my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER ______ ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | | DATE |
|---|---|---|---|
| | ▶ | | |
| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |

*— If additional space is required use supplemental pages —*

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT – PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | SOLTERO | C06-10-0003R | HDSP | 1/22/08 |
| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF ☐ 115 CIRCUMSTANCES ☑ HEARING ☐ I.E. REPORT | | | ☐ OTHER: |

**HEARING PREPARATION:**
Inmate **SOLTERO** appeared for this hearing on Tuesday, January 22, 2008, at approximately 1005 hours, at which time I introduced myself as the Senior Hearing Officer for this disciplinary hearing. Inmate **SOLTERO** stated that he was in good health and ready to proceed with the hearing. Inmate **SOLTERO** is charged with "Willfully Resisting A Peace Officer," which is in violation of CCR Section 3005(c), wherein this act is prohibited.

**DUE PROCESS TIME CONSTRAINTS:**
Inmate **SOLTERO** acknowledged that he received copies of all non-confidential reports to be considered as evidence in this hearing at least 24 hours prior to this hearing. Inmate **SOLTERO** was served his copy of the Rules Violation Report within 15 days of the re-issue/re-hear order for the charged offense. The hearing is being held more than 30 days of that service because inmate **SOLTERO** transferred to HDSP. This SHO finds all time constraints and due process requirements have not been met.

**DISTRICT ATTORNEY REFERRAL:**
This case was not referred to the District Attorney for criminal prosecution.

**DISABILITIES PLACEMENT PROGRAM:**
Inmate **SOLTERO** is not an inmate participating in the Disabilities Placement Program.

**MENTAL HEALTH SERVICES DELIVERY SYSTEM:**
Inmate **SOLTERO** is not a participant in the Mental Health Services Delivery System.

**STAFF ASSISTANT:**
The SHO determined that Inmate **SOLTERO** speaks English, is literate (TABE score over 4.0), the issues are not complex and a confidential relationship is not required. Inmate **SOLTERO** therefore did not meet the criteria for assignment of a Staff Assistant pursuant to CCR, Section 3315(d)(2).

**INVESTIGATIVE EMPLOYEE:**
Inmate **SOLTERO** met the criteria for an I.E. Officer Kidd was assigned as the I.E. and completed the investigation pursuant to CCR, Section 3318(a).

**CONFIDENTIAL INFORMATION:**
Confidential information was not used in the adjudication of this case.

**VIDEOTAPE:**
There was no videotape recording of this incident. There was an after-incident use of force videotaped interview that had no bearing on this hearing. Therefore it was not used as evidence.

**DEFENDANT'S PLEA & STATEMENT:**
The circumstance of the violation was read to Inmate **SOLTERO**. He acknowledged understanding the charge filed against him. Inmate **SOLTERO** entered a plea of **NOT GUILTY**. After entering his plea Inmate **SOLTERO** made the following statement regarding the charge: "This 115 has been dismissed." The SHO

| | SIGNATURE OF WRITER R. INGWERSON, Correctional Lieutenant | | DATE SIGNED 1/22/08 |
|---|---|---|---|
| ☒ COPY OF CDC-115 GIVEN TO INMATE | GIVEN BY STAFF SIGNATURE: R. [signature] | DATE SIGNED 2/25/08 | TIME SIGNED 1300 |

RULES VIOLATION REPORT – PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | SOLTERO | C06-10-0003R | HDSP | 1/22/08 |
| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF ☐ 115 CIRCUMSTANCES ☑ HEARING ☐ I.E. REPORT | | | ☐ OTHER: |

informed inmate **SOLTERO** that would be followed up after the hearing. The SHO reviewed inmate **SOLTERO'S** C-file and there is no documentation of this 115 being dismissed.

**WITNESSES**:
At the time Inmate **SOLTERO** received the first copy of the CDC-115A he was given an opportunity to request the presence of witnesses at this hearing. Inmate **SOLTERO** did not request the presence of witnesses at that time, nor did he request witnesses at the hearing.

**FINDINGS**:
All evidence was considered during this hearing. The preponderance of that evidence as described here in supports a finding of **GUILTY** to the charge of "Willfully Resisting A Peace Officer," a Division D offense. This finding is based upon the following preponderance of evidence:

The contents of the disciplinary report in which Officer Ruelas stated, in part, "I then placed my left hand on his right arm at which point inmate SOLTERO resisted by twisting his upper body side to side losing my grasp."

This SHO has determined that the evidence presented at this hearing is sufficient to support the charge.

**DISPOSITION**:
Inmate **SOLTERO** is not assessed loss of credit due to not meeting time constraints. Any loss of privileges is upheld.

**ADVISEMENT OF RIGHTS OF APPEAL**:
Inmate **SOLTERO** was advised that he will receive a copy of this completed report upon final review and audit by the Chief Disciplinary Officer. Inmate **SOLTERO** was also advised that he may appeal any portion of the hearing or the findings of the SHO. Inmate **SOLTERO** was further advised that he must attach the final copy of the 115 to the appeal and submit it for second level review and action.

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | R. INGWERSON, Correctional Lieutenant | | 1/22/08 |
| ☒ COPY OF CDC-115 GIVEN TO INMATE | GIVEN BY STAFF SIGNATURE: | DATE SIGNED 2/25/08 | TIME SIGNED 1300 |

CDC-115-C

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE 1 OF 1

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | ~~C07-03-0010R~~ [handwritten, partially illegible]003R | SVSP | 3-28-07 |

☐SUPPLEMENTAL ☐CONTINUATION OF: ☐CDC 115 CIRCUMSTANCES ☐HEARING ☒I.E .REPORT ☐OTHER

On 3-28-07, I was assigned as Investigative Employee for CDC-115 Rules Violation Report, Log Number C07-03-0010R. I advised Inmate Soltero of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate Soltero acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report is as follows:

**Defendants Statement:** On this date, 3-28-07, I conducted an interview with Inmate Soltero (CDC# K-36340) regarding the charged offense. Inmate Soltero offered the following statement: "I want the same witnesses re-interviewed with the same questions. I want a copy of the video for evidence."

**Investigative Employee's Summation:** On 3-28-07, I was assigned to perform the duties of the Investigative Employee for RVR Log # C07-03-0010R. It is noted that Inmate Soltero's questions for the two Officers remain the same and have no bearing of the outcome of the RVR.

Inmate Soltero did not request that any staff or inmate witnesses be present at the hearing at the time of this report
Inmate Soltero did request that the video be produced as evidence at the hearing at the time of this report.

| SIGNATURE OF WRITER | | TITLE | DATE NOTICE SIGNED |
|---|---|---|---|
| Kidd [signature] | | Correctional Officer | 03/28/07 |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
| | [signature] | 03/30/07 | 1800 |

# EXIBIT A-1

CALIFORNIA DEPARTMENT OF CORRECTIONS

NAME: SOLTERO CDC #: K36340 BED: D-9-173L

**COMMITTEE ACTION SUMMARY**

REFER TO THE CSR FOR A 60 DAY ASU EXTENSION TO COMPLETE THE DISCIPLINARY PROCESS FOR SOME NON-SHU'ABLE OFFENSES AND SUBSEQUENT TRANSFER. RETAIN IN ASU PENDING CSR REVIEW AND COMPLETION OF THE DISCIPLINARY PROCESS. CONTINUE SINGLE CELL AND WALK ALONE YARD. PSYCH IS CLEAR.

**COMMITTEE'S COMMENTS**

Inmate SOLTERO declined to appear before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Initial ASU/Program Review and therefore ICC was held in absentia. SOLTERO did receive his 72-hour notice for the purpose of this review.

According to SOLTERO'S CDC 114D, he was placed into SVSP's ASU on 3/26/2007 for: Pending investigation into Soltero's refusal to participate in the interview process and the threat he poses to the safety and security of the institution. On 03/26/2007 the subject was placed into administrative segregation pending the completion of an investigation into the subjects threat level. The investigation was subsequently completed and it was determined that the subject poses a significant threat if allowed to program at SVSP. Therefore the subject was issued a new ASU placement order dated 05/08/07.

ICC notes SUBJECT'S ASU placement was ordered by Lieutenant J. Stevenson. The placement was ordered to protect the safety and security of the institution . The CDC 114D was issued to SUBJECT within 48 hours of ASU placement . Confidential information was not used for this ASU placement. The Administrative review was held by Captain (A) D. Caplan and approved by Correctional Administrator. A staff Assistant was not assigned . SUBJECT did not request witnesses for the Initial ICC Hearing, therefore an Investigative Employee was not necessary. Visiting restrictions while housed in ASU were reviewed with SUBJECT.

The Mental Health Clinician spoke to him regarding his ASU placement noting SUBJECT is not a participant in the MHSDS at any LOC and current mental health status is stable. Continued ASU placement is not likely to result in decomposition of the inmate's mental health condition and SUBJECT is able to understand and participate in the classification hearing. Subject's central file does not reflect in cell violence or predatory behavior. Subject is clear for double cell occupancy with a compatible cellmate. The CDC forms 812, 812C, 127, 840, and MCSF have all been reviewed and or updated as necessary. There is a current CDC form 1882 from SVSP in the Central File.

Based upon a review of SOLTERO'S CDC 114D, Central File, and case factors committee elects to: Refer to the CSR for a 60 day ASU extension to complete the disciplinary process for some non-SHU'able offenses and subsequent transfer. Retain in ASU pending CSR review and completion of the disciplinary process. Continue Single Cell and Walk Alone Yard. Psych is Clear.

At the conclusion of this review. SOLTERO will be informed of his Appeal Rights with regards to this committee's actions.

**INMATE CASE FACTORS**

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX S | 161/IV | D2D - 3/26/2007 | MEPD 4/25/2021 | 12 (R) | 3/1/2008 | 32 | MEX | 1st | IPCH 10/2018 |

| RECEIVED | RECEIVED FROM & TYPE OF TX | RECEIVED CDC | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|
| 6/22/2004 | CAL Non-Adverse | 2/6/1997 | San Diego | 26 Years to Life | $7700.00 |

| COMMITMENT OFFENSE |
|---|
| 1st Degree Murder |

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| I/O | Willfully Obstructing/Delaying PO. Battery on an Inmate W/SBI. Delaying a Peace Officer in the performance of Duty, Refusing to Submit to Urinalysis, Possession of Dangerous Contraband. Flooding. Att to introduce contraband into Ad Seg, Participation in a Riot,Recurring failure to meet program expectations (PENDING). Willfully resisting a Peace Officer (PENDING) |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| Clear as of 2/5/2007 | Clear as of 2/5/2007 | Clear as of 2/5/2007 |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| Noted on CDC 812 & CDC 812C | Southerner | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 22 - 3/26/2007 | 3 | N/A | Alcohol, Cocaine, Marijuana |

| PSYCH | MDO | DDP |
|---|---|---|
| Clear | Doesn't Meet MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY | | |
|---|---|---|---|---|
| 180 Design (A1) | Single Cell | Camp Eligible: No VIO - LIF<br>MSF Eligible: No VIO - LIF<br>MCCF Eligible: No VIO - LIF | CCF Eligible: No VIO - LIF<br>SAP Eligible: No VIO - LIF | CCRC Eligible: No VIO - LIF<br>Rest. Center Eligible: No VIO - LIF |

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| US Citizen | None | Unassigned |

**COMMITTEE MEMBERS**

*CHAIRPERSON*
M. Moore III, CDW (A)

*MEMBERS*
G. Ponder, FC; A. Isaacs, LCSW

*RECORDER*
V. Solis, CCII (Sup)

Committee Date: 5/17/2007 **INITIAL ASU/PROGRAM REVIEW (ABSENTIA)** Committee: ICC

EXIBIT "B"

Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Victor D Soltero K36340
PO Box 1050
Soledad, CA 93960

May 25, 2007

RE: Claim G566872 for Victor D Soltero, K36340

Dear Victor Soltero,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on May 22, 2007.

If you have questions about this matter, please mention letter reference 123 and claim number G566872 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Linda Paluda, Program Manager
Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately. PLEASE CONSULT GOVERNMENT CODE SECTION 955.4 FOR PROPER SERVICE OF SUMMONS AND COMPLAINT.

Ltr 123 Claim Rejection

EXIBIT "C"

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Victor Daniel Soltero, declare I am over 18 years of age and a party to this action. I am a resident of High Desert State Prison in the County of Lassen, State of California. My prison address is: HIGH DESERT STATE PRISON, P.O. BOX 3030, Susanville, CA 96127.

On March 11, 2008 I served the attached:

MOTION FOR DISCOVERY AND DISCLOSURE

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

office of the Clerk U.S. District Court
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 3-11-2008
(Date)

[signature]
(Declarant's Signature)

555

FILED

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

AUG 20 AM 11:23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name Soltero, Victor
(Last) (First) (Initial)

Prisoner Number CDCR # K36340

Institutional Address Salinas Valley State Prison D9-173 P.O. Box 1050, Soledad, CA 93960

4256 PJH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Victor Daniel Soltero
(Enter the full name of plaintiff in this action.)

vs.

JOE MC GRATH; M.S. EVENS; G. PONDERS; C/O J. RUELAS; AND SOME OR ANY PERSON(S) NAMED THEREIN SUPPORTING DOCUMENTS (SEE VCGCB CORRESPONDANCE INCLOSED AS EXIBIT "A") WHOM FURTURE APPOINTED COUNSEL PER 42.USC 1988, AND/OR 42 USC. 1997e(d) MAY DEEM APPROPIATE.
(Enter the full name of the defendant(s) in this action)

C 07 4256 PJH
Case No. ______
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

Please write the address to where you are sending your mail on the CDC 193 by the RED X. Per HDSP Operational procedure #605 Section G-4. RETURNED TO PLAINTIFF ON 3-13-2007 ABOVE NOTED REASON

...of Administrative Remedies

...st exhaust your administrative remedies before your claim can go ...urt will dismiss any unexhausted claims.]

...present confinement ______

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES(X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at IAB Case No: 0610668 LOCAL LOG NO.: SVSP 07-00214 AND APPEAL(S) FOUND AT GOVT. CLAIMS PROGRAM VCGCB 400 R STREET 5th floor. SACRAMENTO, CALIFORNIA 95814. CLAIM NO. G566872. (SEE EXIBIT A, RE: GOVT. CODE SECTION 955.4 SERVICE OF SUMMONS AND COMPLAINT.)

FILED

07 AUG 20 AM 11:23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO, Plaintiff,

vs.

JOE McGRATH; MS. EVENS; G. PONDERS; J. RUELAS; AND SOME OR ANY PERSON(S) NAMED THEREIN SUPPORTING DOCUMENTS (SEE VCGCB CORRESPONDANCE IN EXIBIT "A" OF COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC. 1983) WHOM FUTURE APPOINTED COUNSEL PER 42 U.S.C. 1988 AND/OR 42 USC 1997 MAY DEEM APPROPIATE. Defendant.

CASE NO. 4256 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, VICTOR DANIEL SOLTERO declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Victor Daniel Sotero K36340
HIGH DESERT STATE PRISON D5.210
P.O. Box 3030
Susanville, CA 96127

LEGAL MAIL

Office of the Clerk U.S. Distri
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA
94102

STATE PRISON

