Victor Daniel Soltero K36340

HIGH DESERT STATE PRISON D5-210

P.O. Box 3030

Susanville, CA 96127

**FILED**

MAR 2 6 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO,

    Plaintiff,

    v.

JOE McGRATH etal.,

    Defendants,

No.: C07-4256 PJH(PR)

NOTICE OF CHANGE OF

ADDRESS, Re: ORDER

DATED MARCH 10, 2008.

N/C

    Please take notice of the Plaintiff's 'change of address', in compliance with Court order dated March 10, 2008.

    The Plaintiff's current address is now: Victor Daniel Soltero K36340, P.O. Box 3030, Susanville, CA. 96127.

    I declare under penalty of perjury that foregoing is true and correct. Executed on this 22 day of March, 2008.

    Respectfully submitted,

MAR 22, 2008