Victor D. Soltero  K36340
HIGH DESERT STATE PRISON  D5-210
P.O. BOX 3030
Susanville, CA 96127

FILED
MAR 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR

Of
Nor
45
Sc



LEGAL MAIL

HIGH DESERT STATE PRISON



$00.97⁰

LEGAL MAIL

PJH

ce of the Clerk, U.S. District Court
THERN DISTRICT OF CALIFORNIA
 Golden Gate Ave.
n Francisco, CA 94102



STATE PRISON