UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO,
    Plaintiff,

v.

JOE McGRATH, et al.,
    Defendants.

CASE NO: C07-4256 PJH (PR)

PROOF OF SERVICE

**FILED**

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned, hereby certify that I am over the age of eighteen (18) years, and not a party to the above-entitled action. On March 22, 2008, I served a copy of: Notice of Change of address

by placing said copy in a postage paid envelope, fully sealed, addressed to the party(ies) hereinafter listed, by depositing said envelope in the United States Mail:

N/C 1. Office of the Clerk, U.S. District Court
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

2.

3.

4.

I declare under penalty of perjury that the foregoing is true and correct.

_D. W. Vieth_
**Signature**

_Donald W. Vieth_
**Typed Name**