```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017717
Cashier ID: almaceh
Transaction Date: 04/02/2008
Payer Name: VICTOR D SOLTERO
------------------------------------
PLRA CIVIL FILING FEE
 For: VICTOR D SOLTERO
 Case/Party: D-CAN-3-07-CV-004256-001
 Amount:      $3.56
------------------------------------
MONEY ORDER
 Check/Money Order Num: 12359334677
 Amt Tendered: $3.56
------------------------------------
Total Due:      $3.56
Total Tendered: $3.56
Change Amt:     $0.00

PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR DANIEL SOLTERO,

             Plaintiff,

    v.

JOW McGRATH, Director, Department
of Corrections; M. S. EVANS, Warden,
Salinas Valley State Prison; G.
PONDERS, Facility Captain; and
Correctional Officer J. RUELAS,

             Defendants.

No. C 07-4256 PJH (PR)

**ORDER GRANTING LEAVE
TO PROCEED IN FORMA
PAUPERIS**

Plaintiff's application for permission to proceed in forma pauperis (document number 8 on the docket) is **GRANTED**. His other IFP motions (documents 2 and 6) are **DENIED** as moot. The total filing fee that ultimately will be due is $350.00. In view of plaintiff's income and account balance, he shall pay a partial initial filing fee of $ 3.56 within thirty days of the date this order is entered. If he does not pay either the partial initial filing fee or the full fee within the time allowed, the case will be dismissed without prejudice. Funds for the remainder of the filing fee will be taken from income to plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this order and the attached instructions will be sent to the plaintiff, the prison trust account office, and the court's financial office.

**IT IS SO ORDERED.**

Dated: March 10 , 2008.

PHYLLIS J. HAMILTON

United States District Court

For the Northern District of California
1150 Golden Gate Ave
San Francisco, CA 94102

**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

SERIAL NUMBER 12359334677   YEAR, MONTH, DAY 2008-03-28   POST OFFICE 921540   U.S. DOLLARS AND CENTS $$$$$3*56¢

AMOUNT THREE DOLLARS & 56¢ ******************

PAY TO CLERK, U.S. District Court
ADDRESS U.S. District Court, 450
Golden Gate Avenue, Box 36060
San Francisco CA 94102
C.Q.D. NO. OR USED FOR prisoner Accounts Receivable

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING
FROM Victor Daniel Soltero K36340 0027
ADDRESS High Desert State Prison
D5-210 P.O. Box 3030
SUSANVILLE CA 96127

:000000800 2: 12359334677 XCV07-04256 PJH

Victor Daniel Soltero K-36340
HDSP DESERT STATE Prison
D5-210 Po Box 3030
Susan Ville CA 96127

9410 2499999 0000

SAN DIEGO CA 921
31 MAR 2008 PM 9 T

Clerk, U.S. District Court and Prison Act. Receivable
U.S. District Court, 450 Golden Gate Avenue
BOX 36060,
San Francisco, CA 94102

LOUIS COMFORT TIFFANY