Victor Daniel Soltero K36340
Kern Valley State Prison 04
P.O. Box 5104
Delano, CA 93216

FILED
08 APR 29 PH 1:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

VICTOR DANIEL SOLTERO,
   Plaintiff,
v.
JOE McGRATH et al.,
   Defendant(s).

No. C07-4256 PJH (PR)
(AMENDED COMPLAINT
No. CV08 1763 PJH (PR)

NOTICE OF CHANGE OF
ADDRESS, RE: ORDER
DATED MARCH 10, 2008.

Please take notice of the Plaintiff's 'CHANGE OF ADDRESS', in compliance with Court order dated March 10, 2008, or for better words, Pursuant to.

The Plaintiff <u>new</u> and current address is: Victor Daniel Soltero K36340, P.O. Box 5104, Delano, CA 93261.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of April, 2008.

Respectfully Submitted, Apr. 23, 2008

[signature] D. Soltero

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, **Victor Daniel Soltero**, declare I am over 18 years of age and a party to this action. I am a resident of ~~High Desert State Prison~~ **Kern Valley State Prison** in the County of ~~Lassen~~ **Kern**, State of California. My prison address is: **Kern Valley State Prison D4.115, P.O. Box 5104, Delano, CA 93216**.

On **4-23-2008** I served the attached:

**NOTICE OF CHANGE OF ADDRESS**

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

**OFFICE OF THE CLERK U.S. DISTRICT CLERK**
**NORTHERN DISTRICT OF CALIFORNIA**
**450 Golden Gate Ave**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on **4-23-2008**
(Date)                                    (Declarant's Signature)

VICTOR DANIEL SOLTEEO K36340
Kern Valley State Prison D4.115
P.O. Box 5104
Delano, CA 93216

Kern Valley State Prison
Facility D, Building 4

BAKERSFIELD CA
MOJAVE CA
28 APR 2008 PM 5 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES