# CALIFORNIA DEPARTMENT OF CORRECTIONS

| NAME: SOLTERO | CDC #: K36340 | BED: C-8-225L |
|---|---|---|

## COMMITTEE ACTION SUMMARY

**RETAIN SVSP IV 180. PLACE IN BMU PROGRAM. PLACE IN STEP 1. CONTINUE CLO B CUSTODY, CONTINUE WG PG C/C EFFECTIVE 12/7/06, REMOVE FROM ALL WL, DOUBLE CELL APPROVED, PSYCH IS CLEAR. TABE 12.0. ANNUAL 2/28/07. REFUSED TO SIGN EXPECTATIONS 128B.**

## COMMITTEES COMMENTS

Inmate SOLTERO declined to appear before Salinas Valley State Prison's (SVSP's) Facility C Unit Classification Committee (UCC) today for his Program Review and therefore UCC was held in absentia. SOLTERO did receive his 72-hour notice for the purpose of this review.

Soltero was received from ASU, recommending BMU placement. Per Operational Procedure 11C states in part; #3. Organized Criminal Activity, any pattern of behavior, which indicates an individual's participation in organized criminal activity, shall be grounds for placement in the BMU program. Organized criminal activity is defined as behavior, which indicates an inmate's participation in a prison or street gang. Examples of this type of behavior include, but not limited to; Participating in gang related riots, Participating in gang related batteries or physical assaults, Distribution of property, material or items in an effort to generate revenue for the purpose of financing/furthering the prison gang or street gang's illegal activity, Evidence of attempts to recruit others to participate in prison gang or street gang's activity or Participating directly or indirectly in a misconduct that could be related to a specific type of gang behavior. Soltero received an RVR dated 5/3/02 for Participation in a Riot. According to the circumstances the Riot was between white and hispanic inmates. Per Operational Procedure 11 SHU Offense as outlined in CCR 3341.5. If an inmate has been found guilty of an offense for which a determinate term of confinement has been assessed, or is deemed to be a threat to the safety of others or the security of the institution, the inmate may be referred to a classification committee for placement in the BMU. This may be from general population (GP) or Administrative Segregation (ASU). Soltero received an RVR dated 7/5/04 for Battery on an Inmate with SBI division A1(3) offense and found guilty and received a 12 month SHU term. Soltero also received an RVR dated 5/3/02 for Active participation in a White/Hispanic Riot, a division d offense, found guilty and received a 4 month SHU term. Soltero was origannly place in the BMU program on 8/23/06, however he refused to participate. On 10/16/06, Soltero was placed in ASU pending an investigation that you may of received threats to your life. The investigation was completed and you were released from ASU by ICC on 12/7/06 the BMU Program.

Based on this information inmate meets the criteria for BMU placement. Soltero has been informed of the steps for completion of the BMU program as well as being informed he will need to complete an available anger management program such as, Breaking Barriers, Cage your Rage or Framework for Recovery. Soltero was advised of the process for the reimplementation of his privileged/placement, which may be restored. Soltero's manner and verbal interaction with UCC on the issues of his case convinced this committee he fully understood without staff assistant's input. Soltero was advised of the process for the reimplementation of his privileged/placement, which may be restored. UCC informed Soltero he must remain disciplinary free during the entire program and complete the Individual Treatmen Plan (ITP) as directed before being released from BMU. As part of Soltero's ITP, he was placed in Cage your Rage and Narcotics Anonymous (NA) for Step 1 in his treatment plan. Soltero refused to attend today's UCC refused to sign the 128B 'Behavioral Modification Unit (BMU) Step Process, Privileges and Expectations' chrono. Soltero did not agree with committee and was advised of his right to appeal this or any decision/action, which might have an adverse effect on him by filing a CDC 602. There are no further classification concerns at this time and his next scheduled classification will be 30 day's from today's UCC action for program review.

Soltero was originally placed into the BMU program on 8/23/06. Soltero was provided the oppurtunity on numerous occassions to sign the Behavioral Modification Unit Step Process, Privileges and Expectations 128B, however he refused and as a result was placed in Ad-Seg pending an investigation.

The Investigation into threats the subject may have received on his life, which could endanger the safety and security of the institution, and possible enemy concerns, was completed by Captain G. Ponder, see confidential memo dated 11-27-2006. Officer Salopek completed a 128B (dated 12/5/06) stating SOLTERO has no safety concerns and is cleared to return to Facility C BMU program. Facility Captain (A) J. Celaya was contacted and stated SOLTERO was cleared to return to Facility C BMU. His Central file does not reflect a pervasive pattern of violence or predatory behavior toward cellmates, and the confidential memo dated 11-27-2006 states that there is no known enemies and he can be housed with "inmates in similar situations and the normal Ad-Seg process for double celling". Therefore, he is cleared for double cell occupancy. He is not a participant in the MHSDS and has a GPL 12 ®. The CDC 812, 812C, 127, 840 and MCSF have been reviewed and updated. CSR 128G dated 9/21/04 issues have been addressed. The RVR from Calipatria State Prison (05-04-C-024) was dismissed and a 128B noting this has been placed in the file.

Based upon a review of SOLTERO'S Central File and case factors committee elects to: Retain SVSP IV 180. Place in BMU Program. Place in Step 1. Continue CLO B Custody, Continue WG PG C/C Effective 12/7/06, Remove from All WL, Double Cell Approved, Psych is Clear. TABE 12.0. Annual 2/28/07. Refused to Sign Expectations 128B.

At the conclusion of this review, SOLTERO will be informed of his Appeal Rights with regards to this committee's actions.

## INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| CLOB | 16I/IV | CC - 12/7/2006 | MEPD 2/24/2021 | 12 (R) | 1/12/2007 | 32 | MEX | 1st | IPCH 10/2018 |

| RECEIVED | RECEIVED FROM & TYPE OF TX | | RECEIVED CDC | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|---|
| 6/22/2004 | CAL Non-Adverse | | 2/6/1997 | San Diego | 26 Years to Life | $7700.00 |

| COMMITMENT OFFENSE |
|---|
| 1st Degree Murder |

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| I/O | Willfully Obstructing/Delaying PO, Battery on an Inmate W/SBI, Delaying a Peace Officer in the performance of Duty, Refusing to Submit to Urinalysis, Possession of Dangerous Contraband, Flooding, Att to introduce contraband into Ad Seg, Participation in a Riot, Recurring failure to meet program expectations (PENDING), Willfully resisting a Peace Officer (PENDING) |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| Clear as of 12/12/2006 | Clear as of 12/12/2006 | Clear as of 12/12/2006 |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| Noted on CDC 812 & CDC 812C | | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 22 - 5/3/2006 | 3 | N/A | Alcohol, Cocaine, Marijuana |

| PSYCH | MDO | DDP |
|---|---|---|
| Clear | Doesn't Meet MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY | | |
|---|---|---|---|---|
| 180 Design (A1) | Double Cell | Camp Eligible: No VIO - LIF | CCF Eligible: No VIO - LIF | CCRC Eligible: No VIO - LIF |
| | | MSF Eligible: No VIO - LIF | SAP Eligible: No VIO - LIF | Rest. Center Eligible: No VIO - LIF |
| | | MCCF Eligible: No VIO - LIF | | |

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| US Citizen | None | Unassigned |

## COMMITTEE MEMBERS

EXIBIT
Amend.'C'

# CALIFORNIA DEPARTMENT OF CORRECTIONS

| NAME: SOLTERO | CDC #: K36340 | BED: C-8-228U |
|---|---|---|

## COMMITTEE ACTION SUMMARY

CONTINUE BMU PROGRAM. CONTINUE STEP 1. CONTINUE CLO B CUSTODY, CONTINUE WG PG C/C EFFECTIVE 8/23/06, VOLUNTARY UNASSIGED. DOUBLE CELL APPROVED, PSYCH IS CLEAR.

## COMMITTEE'S COMMENTS

Inmate SOLTERO declined to appear before Salinas Valley State Prison's (SVSP's) Facility C Unit Classification Committee (UCC) today for his Program Review and therefore UCC was held in absentia. SOLTERO did receive his 72-hour notice for the purpose of this review.

UCC elected to conduct a 30 day review of Soltero's progress in the BMU program. Due to Administrative error Soltero was not seen within the 30 day time period as specified in OP 11C. However Soltero refused to attend today's Committee, and continue's to refuse to participate in the program. Soltero was received from Facility C, recommending BMU placement. Per Operational Procedure 11C states in part; #3. Organized Criminal Activity, any pattern of behavior, which indicates an individual's participation in organized criminal activity, shall be grounds for placement in the BMU program. Organized criminal activity is defined as behavior, which indicates an inmate's participation in a prison or street gang. Examples of this type of behavior include, but not limited to; Participating in gang related riots, Participating in gang related batteries or physical assaults, Distribution of property, material or items in an effort to generate revenue for the purpose of financing/furthering the prison gang or street gang's illegal activity, Evidence of attempts to recruit others to participate in prison gang or street gang's activity or Participating directly or indirectly in an misconduct that could be related to a specific type of gang behavior. Soltero received an RVR dated 5/3/02 for Particiapation in a Riot. According to the circumstances the Riot was between white and hispanic inmates. Per Operational Procedure 11 SHU Offense as outlined in CCR 3341.5. If an inmate has been found guilty of an offense for which a determinate term of confinement has been assessed, or is deemed to be a threat to the safety of others or the security of the institution, the inmate may be referred to a classification committee for placement in the BMU. This may be from general population (GP) or Administrative Segregation (ASU). Soltero received an RVR dated 7/5/04 for Battery on an Inmate with SBI division A1(3) offense and found guilty and received a 12 month SHU term. Soltero also received an RVR dated 5/3/02 for Active participation in a White/Hispanic Riot, a division d offense, found guilty and received a 4 month SHU term.

Based on this information inmate meets the criteria for BMU placement. Soltero has been informed of the steps for completion of the BMU program as well as being informed he will need to complete an available anger management program such as, Breaking Barriers, Cage your Rage or Framework for Recovery. Soltero was advised of the process for the reimplementation of his privileged/placement, which may be restored. Soltero's manner and verbal interaction with UCC on the issues of his case convinced this committee he fully understood without staff assistant's input. Soltero was advised of the process for the reimplementation of his privileged/placement, which may be restored. UCC informed Soltero he must remain disciplinary free during the entire program and complete the Individual Treatmen Plan (ITP) as directed before being released from BMU. As part of Soltero's ITP, he was placed in **Cage Your Rage** – *an Inmate's Guide to Anger Control* helps offenders recognize their angry feelings, learn their causes, and deal with them in a responsible way. The book's easy-to-read style and workbook format make it an ideal self-study program for offenders and Narcotics Anonymous (NA) is a non-profit fellowship or society of men and women for whom drugs had become a major problem. There is only one requirement for membership, the desire to stop using. Soltero was advised of his right to appeal any decision/action, he does not agree within 30 days pursuant to CCR Title 15, Section 3084.1 There are no further classification concerns at this time and his next scheduled classification will be 30 day's from today's UCC action for program review.

Based upon a review of SOLTERO'S Central File and case factors committee elects to: Continue BMU Program. Continue Step 1. Continue CLO B Custody, Continue WG PG C/C Effective 8/23/06, Voluntary Unassiged. Double Cell Approved, PSYCH is Clear.

At the conclusion of this review, SOLTERO will be informed of his Appeal Rights with regards to this committee's actions.

## INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| CLOB | 161/IV | CC - 8/23/2006 | MEPD 2/24/2021 | 12 (R) | 11/2/06 | 32 | MEX | 1st | IPCH 10/2018 |

| RECEIVED | RECEIVED FROM & TYPE OF TX | RECEIVED CDC | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|
| 6/22/2004 | CAL Non-Adverse | 2/6/1997 | San Diego | 26 Years to Life | $7700.00 |

| COMMITMENT OFFENSE |
|---|
| 1st Degree Murder |

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| I/O | Willfully Obstructing/Delaying PO, Battery on an Inmate W/SBI, Delaying a Peace Officer in the performance of Duty, Refusing to Submit to Urinalysis, Possession of Dangerous Contraband, Flooding, Att to introduce contraband into Ad Seg, Participation in a Riot |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| Clear as of 10/2/2006 | Clear as of 10/2/2006 | Clear as of 10/2/2006 |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| Noted on CDC 812 & CDC 812C | No Gang | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 22 - 5/3/2006 | 3 | N/A | Alcohol, Cocaine, Marijuana |

| PSYCH | MDO | DDP |
|---|---|---|
| Clear | Doesn't Meet MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY | | |
|---|---|---|---|---|
| 180 Design (A1) | Double Cell | Camp Eligible: No VIO - LIF | CCF Eligible: No VIO - LIF | CCRC Eligible: No VIO - LIF |
| | 7/27/2004 | MSF Eligible: No VIO - LIF | SAP Eligible: No VIO - LIF | Rest. Center Eligible: No VIO - LIF |

EXIBIT

Amend. 'D'

STATE OF CALIFORNIA                  DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

| DISTRIBUTION | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

Salinas Valley State Prison         Facility "C"

| INMATE'S NAME | CDC NUMBER |
|---|---|
| Soltero | K-36340 |

## REASON(S) FOR PLACEMENT *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY      [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: You, Inmate Soltero (K-36340), were originally placed in Administrative Segregation Unit (ASU) based on the Institution's inability to determine the threat that you pose to inmates or staff, due to your refusal to participate in the interview process. An investigation was completed on 05-01-07, and it was determined that your refusal to participate in the interview process posed a threat to Facility "C" returning to normal program. You will be retained in ASU following the completion of the disciplinary process and pending transfer to an alternate institution. As a result of this retention, you are a threat the institutional security. As a result of this retention, your credit earning, custody, and visiting status are subject to change. Inmate Soltero [is] [is not] a participant in the Mental Health Services Delivery System. Retention ordered by Lieutenant J. Stevenson.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 5-8-07 | J. Stevenson | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | | |

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

### IS THIS INMATE:

| | | | |
|---|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | |

Any "NO" requires SA assignment            Any "NO" may require IE assignment

[ ] NOT ASSIGNED          [ ] NOT ASSIGNED

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|
| | | |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____   [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

EXIBIT

Amend. 'E'

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 9/98)

Salinas Valley State Prison          Facility 'C'

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

INMATE'S NAME: Soltero

CDC NUMBER: K-36340

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:   Inmate Soltero, you are being placed in Administrative Segregation (ASU) on 10-16-06 to protect the integrity of a preliminary investigation into information indicating that you may have received threats to your life which would endanger the safety and security of the institution, refer to CDC 128-B dated 10-16-06. This investigation has been assigned to Officer Lieutenant J. Celaya and shall be completed by 01-16-07. You will remain in ASU pending the completion of this investigation and ICC review. This placement is ordered by Lieutenant J. Celaya, and may affect your custody level, credit earning, privilege group and visiting status. Inmate Soltero is not a participant in the Mental Health Services Delivery System at any level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)     [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:  / /

| DATE OF ASU PLACEMENT 10-16-06 | SEGREGATION AUTHORITY'S PRINTED NAME J. Celaya | SIGNATURE | TITLE Lieutenant |
|---|---|---|---|
| DATE NOTICE SERVED 10/16/06 | TIME SERVED 1430 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |

[ ] INMATE REFUSED TO SIGN     INMATE SIGNATURE     CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | |
|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | |

EVIDENCE COLLECTION BY IE UNNECESSARY [X] YES [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE [ ] YES [X] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS [X] YES [ ] NO
DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES

Any *NO* requires SA assignment     Any *NO* may require IE assignment

[ ] NOT ASSIGNED     [ ] NOT ASSIGNED

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE  RTS | DATE 10/17/06 |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS NAME  NONE | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY _____  [X] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [X] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE CAPT | DATE OF REVIEW 10/17/06 | TIME 1102 | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

EXIBIT
Amend. 'F'

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: SOLTERO | CDCR #: K36340 | BED: D-9-173L

## COMMITTEE ACTION SUMMARY

REFER TO THE CSR FOR A SUBSEQUENT 45 DAY ASU EXTENSION TO COMPLETE THE DISCIPLINARY PROCESS FOR SOME NON-SHU'ABLE OFFENSES AND SUBSEQUENT TRANSFER. RETAIN IN ASU PENDING CSR REVIEW AND COMPLETION OF THE DISCIPLINARY PROCESS. CONTINUE SINGLE CELL AND WALK ALONE YARD. PSYCH IS CLEAR.

## COMMITTEE'S COMMENTS

Inmate SOLTERO declined to appear before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review and therefore ICC was held in absentia. SOLTERO did receive his 72-hour notice for the purpose of this review. According to SOLTERO'S CDC 114D, he was placed into SVSP's ASU on 5/8/2007 for: On 03/26/2007, the subject was placed into ASU pending completion an investigation. Subsequently, it was determined that the subject poses a significant threat and is being retained pending transfer to an alternate institution..

Based upon a review of SOLTERO'S CDC 114D, Central File, and case factors committee elects to: Refer to the CSR for a subsequent 45 day ASU extension to complete the disciplinary process for some non-SHU'able offenses and subsequent transfer. Retain in ASU pending CSR review and completion of the disciplinary process. Continue Single Cell and Walk Alone Yard. Psych is Clear.

At the conclusion of this review, SOLTERO will be informed of his Appeal Rights with regards to this committee's actions.

## INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX S | 161/IV | D2D - 3/26/2007 | MEPD 4/25/2021 | 12 (R) | 3/1/2008 | 32 | MEX | 1st | IPCH 10/2018 |

| RECEIVED SVSP | RECEIVED FROM & TYPE OF TX | RECEIVED CDCR | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|
| 6/22/2004 | CAL - Non-Adverse | 2/6/1997 | San Diego | 26 Years to Life | $7700.00 |

**COMMITMENT OFFENSE**
1st Degree Murder

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| I/O | Willfully Obstructing/Delaying PO, Battery on an Inmate W/SBI, Delaying a Peace Officer in the performance of Duty, Refusing to Submit to Urinalysis, Possession of Dangerous Contraband, Flooding, Att to introduce contraband into Ad Seg, Participation in a Riot, Recurring failure to meet program expectations (PENDING), Willfully resisting a Peace Officer (PENDING) |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| Clear as of 2/5/2007 | Clear as of 2/5/2007 | Clear as of 2/5/2007 |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| Noted on CDC 812 & CDC 812C | Southerner | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 22 - 3/26/2007 | 3 | N/A | Alcohol, Cocaine, Marijuana |

| PSYCH | MDO | DDP |
|---|---|---|
| Clear | Doesn't Meet MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY / VIO REVIEW | | |
|---|---|---|---|---|
| 180 Design (A1) | Single Cell 4/5/2007 Safety and security of the institution per ICC dated 4-5-07. | Camp Eligible: No VIO - LIF  MSF Eligible: No VIO - LIF  CCF Eligible: No VIO - LIF | SAP Eligible: No VIO - LIF  CCRC Eligible: No VIO - LIF  Rest. Center Eligible: No VIO - LIF | MCCF Eligible: No VIO - LIF  VIO Review Date: |
| **INTEGRATION** | | | | |

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| US Citizen | None | Unassigned |

## COMMITTEE MEMBERS

*MEMBERS*
G. Ponder, FC; J. Scaramozzino, Sr. Psychologist

CHAIRPERSON
R. Grounds, CDW (A)

RECORDER
V. Solis, CCII (Sup)

Committee Date: 7/5/2007

**PROGRAM REVIEW (ABSENTIA)**

Committee: ICC

Typed By: - Distribution: C-File & Inmate | SALINAS VALLEY STATE PRISON | Classification Chrono CDCR 128G (Rev: 4/07)

EXIBIT
Amend 'G'

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | | S.V.S.P. | C8-225 | 07-03-0094 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| C.C.R. §3007 | Disorderly Conduct | Fac "C" Build. 8 | 03-23-07 | 1230 Hrs. |

**CIRCUMSTANCES**   On March 23, 2007, Inmate SOLTERO, (K-36340, C8-223), was "inciting", SOLTERO challenged the legality to the Behavior Modification Unit (BMU) program. During my initial meeting with Inmate HART, seated in the dayroom, SOLTERO began shouting through his cell door to Inmate SNEEDE about how the BMU program and curriculum were unlawful. SOLTERO adamantly went on to say that the book, "The Epictetus Club" was "Full of shit". Afterwards, he loudly shouted, "Fuck Epictetus!" SOLTERO is currently housed in the Behavior Modification Unit (BMU) for Organized Crimminal Gang activity. Per the California Code Regulations, Title 15, SOLTERO is in violation of Section 3005(c) for willfully attempting to incite SNEEDE and other inmates to challenge the legality of the BMU program. In addition to inciting inmates, SOLTERO is in violation of Section 3005(a) for disobeying regulations, procedures and participating in an insightful manner that could lead to disorder;    (Con't See CDC-115-C)

Inmate SOLTERO ☒ [is not] a participant in the Mental Health Services Delivery System and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ R. Mott, BMU Facilitator | 3-27-07 | BMU | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ | 3-27-07 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | | HEARING REFERRED TO |
|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | E 31-60 | 3/28/07 | ▶ T. Selby | | ☐ HO ☒ SHO ☐ SC ☐ FC |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ | 04/06/07 | 2000 | Copy of IE |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) DATE 4/6/07 TIME 1700 |
| | ▶ | | | ▶ |

**HEARING**

**Plea:** The charges were read aloud as written to Inmate Soltero, who acknowledged understanding the charges and who entered a plea of Not Guilty.

**Findings:** Inmate Soltero was found **Not Guilty** of violating CCR§ 3007; specifically, "Disorderly Conduct," a Division "E" offense (CCR§ 3323(g)(7)).

**Disposition:** Dismissed in the interest of justice.

**Additional Disposition:** None.

**Classification Referral:** Referred to UCC for program review.

                           **Disposition continued on CDC 115C**

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
| J. Celaya, Lieutenant | ▶ | | 7/12/07 | 1505 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE |
| ▶ G. Ponder, Captain | 7/13/07 | ▶ M. Moore | | 7/18/07 |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | DATE 07/23/07 TIME 1800 |

CDC 115 (7/88)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**

PAGE___OF___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | SOLTERO | 07-03-0024 | S.V.S.P. | 03-23-07 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☒ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |
|---|---|---|---|---|---|

con't..and (b) for disobeying verbal instructions from the BMU Facilitator.  R. Mott, to program in "Cage Your Rage": An inmates Guide to Anger Control, as outlined in his ITP.  Recently, on March 21, 2007, SOLTERO refused to program when instructed.  He cited that he would not program as long as he had to sign the Behavior Modification Unit (BMU) Step Process, Privilege and Expectation chrono.  Likewise, SOLTERO was issued a CDC-115 for, "Recurring Failure to Meet Program Expectations".  on January 11, 2007, SOLTERO refused to attend several UCC hearings on March 07, 2007 and February 06, 2007, as scheduled.  SOLTERO'S incitefulness is detrimental to the success of the BMU program and to the BMU inmates that choose to program in an effort ·to modify their thinking and behavior.  SOLTERO'S presence in the BMU program and primarily in C8 "C" Pod, remains dysfunctional and presents a clear and present danger to the BMU staff and correctional officer charged with conducting an orderly and functional learning environment.

INMATE COPY

R. Mott, BMU Facilitator

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| | | 3-27-07 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | | 04/06/07 | 2000 |

CDC 115-C (5/95)

OSP 99 25082

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-36340 | SOLTERO | C.C.R. §3005(b) | 03-23-07 | S.V.S.P. | 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 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I REVOKE** my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED  ☐ WAIVED BY INMATE | ▶ | |

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| ☒ NOT ASSIGNED | REASON DNMC PER TITLE 15 3315(b) | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☒ REQUESTED  ☐ WAIVED BY INMATE | ▶ _(signature)_ | 4/6/07 |

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| ☐ NOT ASSIGNED | REASON | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE   ☐ STAFF ASSISTANT   ☐ INVESTIGATIVE EMPLOYEE   ☐ OTHER _____   ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME 2000 | DATE 04/06/07 |
|---|---|---|---|

CDC 115-A (7/88)     — *If additional space is required use supplemental pages* —     OSP  03 74845

**• STATE OF CALIFORNIA**                                       DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                          PAGE ___1___ OF ___1___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | SOLTERO | C07-03-0024 | SVSP | 04-16-07 |

| □SUPPLEMENTAL | □CONTINUATION OF: | □CDC 115 CIRCUMSTANCES | □HEARING | ☒I.E .REPORT | □OTHER |
|---|---|---|---|---|---|

On 04-10-07, I was assigned as Investigative Employee for CDC-115 Rules Violation Report, Log Number C07-03-0024. I advised Inmate SOLTERO of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate SOLTERO acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report is as follows:

**Defendants Statement:** On this date, 04-14-07, I conducted an interview with Inmate - **SOLTERO (K 36340)** regarding the charged offense. Inmate SOLTERO provided me with the following questions: "I wasn't yelling out about the BMU Program and I want to know what R. Mott has to say and if his statement is true, about me being dysfunctional and presenting clear and present danger to staff and the BMU program, and if I can have an absentia UCC hearing because of my chronic asthma."

**Reporting Employee's Statement::** On this date, 04-16-07, I interviewed the reporting employee, BMU Coordinator R. Mott regarding the charges and his recollection of the events of that day. BMU Coordinator Mott offered the following statement, "Inmate SOLTERO was being disruptive on the day stated in my report and has been given several opportunities to program. He was yelling out about the, 'Epictetus club' saying its full of shit. SOLTERO'S inability to program in the BMU has been a nuisance."

**Inmate Witness Statement:** On this date, 04-14-07, I interviewed Inmate **SNEEDE (J-37911)** regarding the charges and his recollection of the events of that day and Inmate SNEEDE offered the following statement, "I don't know anything about that ."
HA R

**Inmate Witness Statement:** On this date, 04-16-07, I interviewed Inmate **HART (H-88709)** regarding the charges and his recollection of the events of that day and Inmate SNEEDE offered the following statement, "I didn't hear SOLTERO yelling about the B.M.U. program".

**Investigative Employee's Summation:** On 04-16-07, I was assigned to perform the duties of the Investigative Employee for RVR Log # C07-03-0024. I interviewed Inmates SNEEDE and HART and both inmates stated that either had any knowledge concerning SOLTERO'S RVR. I also interviewed all staff and inmates concerning this RVR.

Inmate SOLTERO requested that Inmates HART and SNEEDE be present at the RVR Hearing.
Inmate SOLTERO did not request that any evidence be produced at the hearing at the time of this report.

This matter is not a D.A. Referral. Inmate SOLTERO was not placed in Ad/Seg pending the adjudication of this Rules Violation Report.

| SIGNATURE OF WRITER | TITLE | DATE NOTICE SIGNED |
|---|---|---|
| M. Nicholson | Correctional Officer | 4-16-07 |

| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
|---|---|---|---|
| | | 4-16-07 | 1600 |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

L. .'ARTMENT OF CORRECTIONS

PAGE    1    OF    1

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | SOLTERO | C07-03-0024 | SVSP | 04-16-07 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☐HEARING | ☒I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

On 04-10-07, I was assigned as Investigative Employee for CDC-115 Rules Violation Report, Log Number C07-03-0024. I advised Inmate SOLTERO of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate SOLTERO acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report is as follows:

**Defendants Statement:** On this date, 04-14-07, I conducted an interview with Inmate - **SOLTERO (K 36340)** regarding the charged offense. Inmate SOLTERO provided me with the following questions: "I wasn't yelling out about the BMU Program and I want to know what R. Mott has to say and if his statement is true, about me being dysfunctional and presenting clear and present danger to staff and the BMU program, and if I can have an absentia UCC hearing because of my chronic asthma."

**Reporting Employee's Statement::** On this date, 04-16-07, I interviewed the reporting employee, BMU Coordinator R. Mott regarding the charges and his recollection of the events of that day. BMU Coordinator Mott offered the following statement, "Inmate SOLTERO was being disruptive on the day stated in my report and has been given several opportunities to program. He was yelling out about the, 'Epictetus club' saying its full of shit. SOLTERO'S inability to program in the BMU has been a nuisance."

**Inmate Witness Statement:** On this date, 04-14-07, I interviewed Inmate **SNEEDE (J-37911)** regarding the charges and his recollection of the events of that day and Inmate SNEEDE offered the following statement, "I don't know anything about that ."
HA R
**Inmate Witness Statement:** On this date, 04-16-07, I interviewed Inmate **HART (H-88709)** regarding the charges and his recollection of the events of that day and Inmate SNEEDE offered the following statement, "I didn't hear SOLTERO yelling about the B.M.U. program".

**Investigative Employee's Summation:** On 04-16-07, I was assigned to perform the duties of the Investigative Employee for RVR Log # C07-03-0024. I interviewed Inmates SNEEDE and HART and both inmates stated that either had any knowledge concerning SOLTERO'S RVR. I also interviewed all staff and inmates concerning this RVR.

Inmate SOLTERO requested that Inmates HART and SNEEDE be present at the RVR Hearing.
Inmate SOLTERO did not request that any evidence be produced at the hearing at the time of this report.

This matter is not a D.A. Referral. Inmate SOLTERO was not placed in Ad/Seg pending the adjudication of this Rules Violation Report.

| SIGNATURE OF WRITER | | TITLE | | DATE NOTICE SIGNED |
|---|---|---|---|---|
| M. Nicholson | | Correctional Officer | | |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: | TIME SIGNED: |
| | | | | |

STATE OF CALIFORNIA                                                    L ⌐ARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                                    PAGE    1    OF    2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | C07-03-0024 | SVSP | 07-10-07 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☑HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** Hearing commenced on 07-10-07 at 1030 hours.

**Inmate's Health:** Inmate Soltero stated that his health was good and that he was prepared to proceed with the hearing. I introduced myself as the SHO and explained the hearing procedures.

**MHSDS:** Inmate Soltero is not a participant in the Mental Health Services Delivery System.

**Date of discovery:** 03-23-07                    **Initial RVR copy issued on:** 04-06-07
**Hearing Completed on:** 07-10-07              **Last document issued to inmate on:** 04-06-07
**D.A. Postponed date:** N/A                       **Date D.A. results issued:** N/A

**Time Constraints:** All time constraints have not been met pursuant to CCR§ 3320. Hearing was not held within 30 days of RVR being issued. Inmate Soltero acknowledged receiving all documents used for this hearing 24 hours prior to the hearing.

**Staff Assistant (SA):** Inmate Soltero (has HSD) does not meet the criteria for the assignment of a staff assistant per CCR§ 3315.

**Investigative Employee (IE):** Inmate Soltero does meet the criteria for the assignment of an Investigative Employee per CCR§ 3315. Officer M. Nicholson was assigned. Officer Nicholson interviewed Inmate Soltero as a part of the investigative process, gathered information from witnesses, asking each witness specific questions posed by Inmate Soltero and follow up questions posed by the IE for clarification purposes. Office Nicholson prepared his report, to include his summation of the facts, and provided a copy of the report to inmate Soltero more than 24 hours prior to this hearing.

**D.A. Referral:** This matter was not referred to the Monterey County Attorney's Office.

**Evidence Requested or Used:** Inmate Soltero did not request that evidence be produced for this hearing at the time of the IE report or at the time he was issued a copy of the CDC-115A.

**Video Tape Evidence:** No video tape evidence was utilized in the adjudication or fact finding process of this CDC-115 Rules Violation Report.

**Inmate Plea and Statement:** Inmate Soltero entered a plea of "Not Guilty," stating, "I have never been in cell 223. I have always been in cell 225."

**Witnesses Requested or Provided:** Inmate Soltero requested that Inmates Hart and Sneede (J-37871,C8-131U) be present as witnesses for the hearing. SHO denied both witnesses due to the RVR being dismisssed.

**Witness Testimony at Hearing:** No witnesses were requested or granted by the SHO.

**Confidential Information:** Confidential information was not used in the adjudication of this 115.

**Findings:** Inmate Soltero is found **not guilty** of the charged offense of violating CCR§ 3007; for the specific act of, "Disorderly Conduct," a Division "E" offense (CCR§ 3323(g)(7)). The evidence used to render this finding included:

    1.)   A review of Inmate Soltero's housing indicates that he has been housed in C8-225. Inmate was identified as being in C8-223, however, on the date of the incident he was housed in C8-225.

| SIGNATURE OF WRITER | TITLE | DATE NOTICE SIGNED |
|---|---|---|
| J. Celaya | Correctional Lieutenant | 12 o |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE/SIGNED: 07/23/07  TIME SIGNED: 800 |

INMATE COPY

STATE OF CALIFORNIA                                        L  'ARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                          PAGE  2  OF  2

| CDC NUMBER K-36340 | INMATE'S NAME Soltero | LOG NUMBER C07-03-0024 | INSTITUTION SVSP | TODAY'S DATE 07-10-07 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT    ☐OTHER |
|---|---|---|---|---|

Base on the aforementioned facts, this SHO finds the preponderance of the evidence **has not** been met to render and sustain a finding of guilt on the charged offense of violating CCR§ 3007; specifically, "Disorderly Conduct," a Division "E" offense (CCR§3323 (g)(7)).

**Additional Disposition:** None.

**Enemy Concerns:** There are no enemy concerns related to this disciplinary hearing.

**Appeal Rights:** Inmate Soltero was advised that the disposition of this Rules Violation Report would not become final until approved by the Chief Disciplinary Officer at which time he will receive a final copy of the completed CDC-115. He was also advised of his rights to appeal the findings of this hearing, the methods of appealing, and credit restoration rights pursuant to CCR§ 3327 & 3328, governing the restoration of forfeited credits.

INMATE COPY

| SIGNATURE OF WRITER J. Celaya | | TITLE Correctional Lieutenant | | DATE NOTICE SIGNED 7/12/9 | |
|---|---|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: 07/23/07 | TIME SIGNED: 1800 | |

## SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | VIOLATED RULE NO(S). | | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | C.C.R. §3005(b) | | 03-23-07 | S.V.S.P. | |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT       ☐ YES   ☒ NO

| **POSTPONEMENT OF DISCIPLINARY HEARING** | | |
|---|---|---|
| **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ► N/A | DATE |
| **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ► N/A | DATE |
| DATE NOTICE OF OUTCOME RECEIVED       DISPOSITION | N/A | |
| **I REVOKE** my request for postponement. | INMATE'S SIGNATURE ► N/A | DATE |

| **STAFF ASSISTANT** | | |
|---|---|---|
| STAFF ASSISTANT | INMATE'S SIGNATURE ► | DATE |
| ☐ REQUESTED      ☐ WAIVED BY INMATE | | |
| ☐ ASSIGNED      DATE      NAME OF STAFF | | |
| ☒ NOT ASSIGNED      REASON   N/A | | |

| **INVESTIGATIVE EMPLOYEE** | | |
|---|---|---|
| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE ► | DATE |
| ☒ REQUESTED      ☐ WAIVED BY INMATE | | |
| ☐ ASSIGNED      DATE      NAME OF STAFF | | |
| ☐ NOT ASSIGNED      REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

| **WITNESSES** | | | | | |
|---|---|---|---|---|---|

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER _____    ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ► | DATE |
|---|---|---|
| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► | TIME | DATE |

# EXIBIT Amend. 'H'

'H-1' Mott, RVE 115# C07-01-0014 ;
'H-2' Solis, RVE 115# C06-10-0017 ;
'H-3' Chavez, RVE 115# C06-12-0047 ;
'H-4' Pawder, 128B ;
'H-5' Nilsson, 128A .

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| K-36340 | SOLTERO | | S.V.S.P. | C8-225 | C07-01-0014 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | Recurring failure to | LOCATION Fac "C" | DATE | TIME |
|---|---|---|---|---|---|
| C.C.R. §3005(b) | Meet Program Expectations | | | 01/11/07 | |

CIRCUMSTANCES

Inmate SOLTERO, (K-36640, C8-225), has refused to sign the BMU Privileges & Expectation form as part of his placement in Behavior Modification Unit (BMU). SOLTERO refuses to participate in Case Your Pace as outlined in his Individual Treatment Plan (ITP) and Operational Procedure 11-C and therefore, has failed to meet expectations in the BMU program. SOLTERO has been instructed numerous times to sign the BMU Privileges & Expectations form and to program. He has consistently declined and informed me that he would contact me when he is ready to program. Specifically, SOLTERO was instructed to program on 12/21/06, and subsequently on January 08, 2007. SOLTERO has received a CDC-115 for the same offense. **SOLTERO has received a CDC-115 for the same offense on 12/26/06**

Inmate SOLTERO [is] [is not] a participant in the Mental Health Services Delivery System and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ► R. Mott, BMU Facilitator | 1/17/2007 | | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ► | | DATE | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | | HEARING REFERRED TO | |
|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | | ► | | ☐ HO  ☒ SHO  ☐ SC  ☐ FC | |
| ☒ SERIOUS | | | | | | |

## COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ► | | | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| | ► | | | ► | | |

HEARING

REFERRED TO  ☐ CLASSIFICATION    ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| | | ► | | |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | |
| ► | | ► | | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| | ► | | | |

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | VIOLATED RULE NO(S). | | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | CCR§3005 (b) | | 1-11-07 | S.V.S.P. | C07-01-0014 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT [ ] YES [✓] NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| I **DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| I **REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| I **REVOKE** my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| [ ] REQUESTED | [ ] WAIVED BY INMATE | | ▶ | |
| [ ] ASSIGNED | DATE | NAME OF STAFF | | |
| [ ] NOT ASSIGNED | REASON | | | / |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| [X] REQUESTED | [ ] WAIVED BY INMATE | | ▶ | |
| [ ] ASSIGNED | DATE | NAME OF STAFF | | |
| [ ] NOT ASSIGNED | REASON | | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

[ ] REPORTING EMPLOYEE  [ ] STAFF ASSISTANT  [ ] INVESTIGATIVE EMPLOYEE  [ ] OTHER _____  [ ] NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | [ ] | [ ] | | [ ] | [ ] |
| | [ ] | [ ] | | [ ] | [ ] |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | | DATE |
|---|---|---|---|
| | ▶ | | |

| | BY: (STAFF'S SIGNATURE) | TIME | DATE |
|---|---|---|---|
| [ ] COPY OF CDC 115-A GIVEN INMATE | ▶ | | |

CDC 115-A (7/88)  — *If additional space is required use supplemental pages* —  OSP 03 74845

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**    PAGE___OF___

| CDC NUMBER | INMATE'S NAME | | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|---|
| K-36340 | SOLTERO | | C07-01-0014 | S.V.S.P. | 01/28/07 |

| SUPPLEMENTAL | CONTINUATION OF: | 115 CIRCUMSTANCES | HEARING | X IE REPORT | OTHER_____ |
|---|---|---|---|---|---|

On 01-23-07, I was assigned as Investigative Employee for CDC 115 Rules Violation Report, log number C07-01-0014. I advised Inmate SOLTERO of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate SOLTERO acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report is as follows:

**Defendant's Statement:** On this date, 01-23-07, I conducted an interview with **Inmate SOLTERO** (K-36340) regarding the charged offense. Inmate SOLTERO offered the following statement, "I don't want one."

**Reporting Employee's Statement:** On this date, 01-29-07, I interviewed the reporting employee, Officer R. Mott, regarding the charges and his recollection of the events of that day. Officer R. Mott offered the following statement, "SOLTERO continues not to sign or program, refuses to participate in the PMU program. SOLTERO has been instructed numerous times to sign PMU privileges and expectations."

**Investigative Employee's Summation:** Inmate SOLTERO did not refuse me as Investigative Employee on 01/28/07.    SOLTERO did   not want to comment on the CDC-115.   PMU   Facilitator R. Mott stated that all information   was in the CDC-115"

J. Mora, Correctional Officer

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| | | |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| COPY OF CDC 115-C GIVEN TO INMATE | | |

CDC 115-C (5/95)    OSP 99 25082

CDCR 115 & CDCR 804 TO RECORDS1

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

## RULES VIOLATION REPORT

MEPD

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-36340 | Soltero | | 2/24/2021 | S.V.S.P. | FC-B8-228 | C06-10-0017 |
| VIOLATED RULE NO(S). | | SPECIFIC ACTS Recurring Failure to | | LOCATION Fac 'C' | DATE | TIME |
| 3005(b) | | Meet Program Expectations | | Committee Room | 10-02-06 | |

CIRCUMSTANCES

On August 23, 2006, you were seen by the Unit Classification Committee (UCC) and placed in the Behavior Modification Unit (BMU). You were advised of the program's expectations. Soltero refused to participate by refusing to sign the CDC 128-B privileges and expectations form. Based on this, you received a CDC 128-A Custodial Counseling Chrono. On October 2, 2006, you were seen by U.C.C. regarding the BMU treatment program and your willingness to participate. However, you refused to participate in the Behavior Modification Unit program again. Based on this, you are clearly deemed a failure of the BMU program. Therefore, you are being issued this Rules Violation Report for recurring failure to meet program expectations. You are instructed to comply with the BMU program expectations. Continued failure to successfully program will result in further disciplinary action.

Inmate Soltero is not a participant in the MHSDS at the CCCMS level of care and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | | | DATE | | ASSIGNMENT | | RDO'S |
|---|---|---|---|---|---|---|---|
| V. Solis, Correctional Counselor II | | | 10/13/06 | | Fac.'C' CCII | | S/S |
| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | | ☐ INMATE SEGREGATED PENDING HEARING | | | |
| ▶ | | 10/16/06 | DATE | | LOC. | | |
| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | | | HEARING REFERRED TO | |
| ☐ ADMINISTRATIVE | | 10/16/06 | ▶ | | | ☐ HO   ☐ SHO   ☐ SC   ☐ FC | |
| ☐ SERIOUS | | | | | | | |

### COPIES GIVEN INMATE BEFORE HEARING

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | | |
|---|---|---|---|---|---|---|---|
| | ▶ | 10/16/06 | 1600 | BMU CM2 SN6 | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| | ▶ | | | ▶ | | | |

HEARING

**Plea:** The charges were read aloud as written to Inmate Soltero, who acknowledged understanding the charge and entered a plea of Not Guilty.

**Findings:** Inmate Soltero was found **Guilty** of violating CCR§ 3005(b); specifically, "Recurring Failure to Meet Program Expectaitons," a Division 'F' offense (CCR§ 3323(h)(3)).

**Disposition:** Assessed 30 days forfeiture of behavioral credites, consistent with a Division 'F' offense (CCR§ 3323(h)(3)); Inmate was counseled and reprimannded.

**Classification:** Referred to UCC for program review.

### Disposition continued on CDC 115-C

| REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA | | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
| E. Moore, Lieutenant | | ▶ | | 1/17/07 | 1945 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE | |
| ▶ G. Ponder, Captain | 1/19/07 | ▶ M. Moore | | 1-24-07 | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | | DATE | TIME |
| | ▶ | | | 01/29/07 | 1800 |

CDC 115 (7/88)

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                        PAGE ___1___ OF ___2___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | C06-10-0017 | SVSP | 12-14-06 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |

**Hearing:** This hearing commenced on 12-14-06 at 2015 hours

**Inmate's Health:** Inmate Soltero stated his health was good and that he was ready to proceed with the hearing. I introduced myself as the SHO and explained the hearing procedures.

**MHSDS:** Inmate Soltero is not a participant in the Mental Health Services Delivery System.

**Date of discovery:** 10-02-06        **Initial RVR copy issued on:** 10-16-06
**Hearing Completed on:** 12-14-06     **Last document issued to inmate on:** 11-13-06
**D.A. Postponed date:** N/A         **D.A. result issued:** N/A

**Time Constraints:** All time constraints have been met pursuant to CCR§ 3320. On 11-15-06, Inmate Soltero postponed the hearing pending outcome of appeal with Sacramento (log# SVSP-05-04744) as noted by his signature on the CDC 115A. Inmate Soltero acknowledged receiving all documents used for this hearing 24 hours prior to the hearing.

**Staff Assistant (SA):** Inmate Soltero (GPL HSD) does not meet the criteria for the assignment of a staff assistant per CCR§3315.

**Investigative Employee (IE):** Inmate Soltero requested and does meet the criteria for the assignment of an Investigative Employee. Officer J. Valdez was assigned. Officer J. Valdez interviewed Inmate Soltero as a part of the investigative process, gathered information from witnesses, asking each witness specific questions posed by Inmate Soltero and follow up questions posed by the IE for clarification purposes. Office J. Valdez prepared his report, to include his summation of the facts, and provided a copy of the report to inmate Soltero more than 24 hours prior to this hearing.

**D.A. Referral:** This matter was not referred to the Monterey County Attorney's Office.

**Evidence Requested or Used:** Inmate Soltero did not request that evidence be produced for this hearing at the time of his IE report or at the time he was issued a copy of the CDC-115A.

**Video Tape Evidence:** No video tape evidence was utilized in the adjudication or fact finding process of this CDC-115 Rules Violation Report.

**Inmate Plea and Statement:** Inmate Soltero entered a plea of, "Not Guilty" stating, "I based my decision not to sign and participate in the BMU Program based on a previous appeal decision made by Inmate Appeals Branch on Appeal #05-09-161 and additional mail correspondence from the Office of Administrative Law with T. Lockwood."."

**Witnesses Requested or Provided:** Inmate Soltero did not request that any staff or inmate witnesses be produced for this hearing.

**Witness Testimony at Hearing:** Questions from SHO for Inmate Soltero:
Q1) Would you be willing to participate in the BMU Program if you were not required to sign the CDC 128-B?
A1) "No. I refuse to participate in any program or sign any documentation that attaches my name to Organized Criminal/Gang Activity."

**Confidential Information:** Confidential information was not used in the adjudication of this 115.

| SIGNATURE OF WRITER | | TITLE | DATE NOTICE SIGNED |
|---|---|---|---|
| E. Moore | | Correctional Lieutenant | 1/17/07 |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 01/29/07 | TIME SIGNED: 1800 |

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C

PAGE __2__ OF __2__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | C06-10-0017 | SVSP | 12-14-06 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |

**Findings:** Inmate Soltero is found guilty of the charged offense of violating CCR§ 3005(b); for the specific act of, "Recurring Failure to Meet Program Expectations," a Division 'F' offense (CCR§ 3323(h)(3)). The evidence used to render this finding included:

    1.)    Rules Violation Report authored by Correctional Officer V. Solis, which states in part, "On August 23, 2006, you were seen by the Unit Classification Committee (UCC) and placed in the Behavior Modification Unit (BMU). You were advised of the program's expectations. Soltero refused to participate by refusing to sign the CDC 128-B privileges and expectations form. Based on this, you received a CDC 128-A Custodial Counseling Chrono. On October 2, 2006, you were seen by U.C.C. regarding the BMU treatment program and your willingness to participate. However, you refsused to participate in the Behavioral Modification Unit program again. Based on this, you are clearly deemed a failure of the BMU program…"

    2.)    Soltero argues that he should not be punished for refusing to sign the BMU Program documentation based on previous appeals which have been granted which basically state that inmates can't be punished for refusing to sign document. The RVR states that Soltero refused to sign a BMU Program CDC 128-B but <u>the actual violation in the RVR is "Recurring Failure to Meet Program Expectations"</u> noted as the specific act. On 9/23/06, Soltero was placed in the BMU Program, based on specific case factors, by a Unit Classification Committee (UCC). On 9/23/06, Soltero refused to participate in the BMU Program. On 10/2/06, Soltero was brought back before UCC and again refused to participate in the BMU Program. UCC placed Soltero in the BMU Program and has clearly set forth the program expectations. Soltero has repeatedly refused to participate in the BMU Program, to include Soltero's refusal during this hearing, as expected.

    3.)    Partial admission in Soltero's testimony during the hearing in which Inmate Soltero stated, "I refuse to participate in any program or sign any documentation that attaches my name to Organized Criminal/Gang Activity."

Base on the aforementioned facts, this SHO finds the preponderance of the evidence has been met to render and sustain a finding of guilt on the charged offense of violating CCR§ 3005(b); specifically, "Recurring Failure to Meet Proram Expectations," a Division 'F' offense (CCR§3323 (h)(3)).

**Additional Disposition:** None.

**Enemy Concerns:** There are no enemy concerns related to this disciplinary hearing.

**Appeal Rights:** Inmate Soltero was advised that the disposition of this Rules Violation Report would not become final until approved by the Chief Disciplinary Officer at which time he will receive a final copy of the completed CDC-115. He was also advised of his rights to appeal the findings of this hearing, the methods of appealing, and credit restoration rights pursuant to CCR§ 3327 & 3328, governing the restoration of forfeited credits.

*NOTE: ASSIGNMENT OFFICE PROCEDURE CIRCUMVENTED >*

| SIGNATURE OF WRITER | TITLE | DATE NOTICE SIGNED |
|---|---|---|
| E. Moore | Correctional Lieutenant | 1/17/07 |

| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
|---|---|---|---|
| | | 01/29/07 | 1800 |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS

PAGE   1   OF   1

| CDC NUMBER<br>K-36340 | INMATE'S NAME<br>Soltero | LOG NUMBER<br>C06-10-0017 | INSTITUTION<br>SVSP | TODAY'S DATE<br>11-08-06 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☐ HEARING | ☒E .REPORT |
|---|---|---|---|---|

On 11-08-06, I was assigned as Investigative Employee for CDC-115 Rules Violation Report, Log Number C06-10-0017. I advised Inmate Soltero of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate Soltero acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report is as follows:

**Defendants Statement:** On this date, 11-08-06, I conducted an interview with Inmate Soltero (CDC# K-36340) regarding the charged offense. Inmate Soltero offered the following statement, "Per Sacramento's response I, Inmate Soltero cannot be punished for refusing to sign interview forms and a copy was sent to the Warden and another to the Appeals Coordinator. This is all I have to say."

**Reporting Employee's Statement::** On this date, 11-08-06, I interviewed the reporting employee, V. Solis, regarding the charges and his/her recollection of the events of that day. CCII Solis offered the following statement, "That Inmate Soltero clearly is deemed a failure of the BMU Program."

**Investigative Employee's Summation:** On 11-08-06, Inmate Soltero told me that he sent copies of his interview forms to the Warden and Appeals Coordinator and stated, "and that's all I have to say." Soltero did not have any other staff or inmate witnesses to add.

Inmate Soltero did not request any staff or inmate witnesses be present for the hearing at the time of this report.
Inmate Soltero did not request any evidence be produced for the hearing at the time of this report.

| SIGNATURE OF WRITER<br>J. Valdez | TITLE<br>Correctional Officer | DATE NOTICE SIGNED<br>11/9/06 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED:<br>11/13/06 | TIME SIGNED:<br>1430 |

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K36340 | Soltero | 3005(b) | 10-02-06 | S.V.S.P. | C06-10-0017 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT ☐ REQUESTED ☐ WAIVED BY INMATE | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|

| ☒ NOT ASSIGNED | REASON DNMC PER TITLE 15 CCR 3315 | HSD |
|---|---|---|

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE ☒ REQUESTED ☐ WAIVED BY INMATE | INMATE'S SIGNATURE ▶ I/m  REFUSES TO SIGN | DATE |
|---|---|---|

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|

| ☐ NOT ASSIGNED | REASON |
|---|---|

EVIDENCE/INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER _____ ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

I   I/m Soltero CDC# K36340 AM REQUESTING TO
POSTPONE MY HEATING Till DECEMBER 15 PENDING AN
too APPEAl PENDING WITH SACRAMENTO ( LoG # SVSP-05-0474)

X

DATE:  11/15/06

| | | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|---|
| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME 1600 | DATE 10/16/06 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|---|
| K-36340 | Soltero | | | | S.V.S.P. | FC-68-228 | C06-10-0017 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005(b) | Recurring Failure to Meet Program Expectations | Fac "C" Committee Room | 10-02-06 | |

CIRCUMSTANCES

On August 23, 2006, you were seen by the Unit Classification Committee (UCC) and placed in the Behavior Modification Unit (BMU). You were advised of the program's expectations. Soltero refused to participate by refusing to sign the CDC 128-B privileges and expectations form. Based on this, you received a CDC 128-A Custodial Counseling Chrono. On October 2, 2006, you were seen by U.C.C. regarding the BMU treatment program and your willingness to participate. However, You refused to participate in the Behavior Modification Unit program again. Based on this, you are clearly deemed a failure of the BMU program. Therefore, you are being issued this Rules Violation Report for recurring failure to meet program expectations. You are instructed to comply with the BMU program expectations. Continued failure to successfully program will result in further disciplinary action.

Inmate Soltero is not a participant in the MHSDS at the CCCMS level of care and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| V. Solis, Correctional Counselor II | | | Fac. "C" CCII | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ | | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | | ▶ | | | | |
| ☐ SERIOUS | | | | ☐ HO | ☐ SHO | ☐ SC | ☐ FC |

| COPIES GIVEN INMATE BEFORE HEARING | | | | | | |
|---|---|---|---|---|---|---|
| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING

REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| | | ▶ | | |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | |
|---|---|---|---|---|
| ▶ | | ▶ | | |

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |
|---|---|---|---|

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K36340 | Soltero | 3005(b) | 10-02-06 | S.V.S.P. | C06-10-0017 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
|---|---|---|---|
| | | INMATE'S SIGNATURE | DATE |
| ☐ **I REVOKE** my request for postponement. | | ▶ | |

## STAFF ASSISTANT

| STAFF ASSISTANT ☐ REQUESTED ☐ WAIVED BY INMATE | | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|---|
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE ☐ REQUESTED ☐ WAIVED BY INMATE | | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|---|
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | | TIME | DATE |
|---|---|---|---|---|

CDC 115-A (7/88)            *— If additional space is required use supplemental pages —*

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | | S.V.S.P. | C8-225 | |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | | LOCATION | DATE | TIME |
|---|---|---|---|---|---|
| C.C.R. §3005(b) | Recurring Failure to Meet Program Expectations | | Fac 'C' Build. 8 | 12/26/06 | 1030 hrs. |

CIRCUMSTANCES On 12/22/06, at approximately 1030 hours, you Inmate SOLTERO, (K-36340, C8-225), failed to participate in the facility interviews. Interviews are designed to gather information and assist the administration with returning the facility to a normal program. By failing to interview the administration is unable to determine the threat you pose to other inmates or staff and or having any information relative to the incident (criminal gang activity which occurred) that requires the interview process per D.O.M. 55015 Unlock Protocol. Based on this, it appears that you are promoting the activity or organized criminal/gang/disruptive group activity, which occurred that required an investigation/interview process to be implemented. As a general population inmate, you are expected to comply with departmental policy, rules and regulations as well as institutional procedures, State and Federal Laws. By failing to participate in the interview process, you are willfully indicating that you may have information and could actively be participating and promoting in organized criminal gang/disruptive group activity. You were non-receptive to counseling. On 12/26/06, you were instructed to interview and again failed to comply. Based on the nature of the incident your refusal to participate in the review process, you are promoting organized criminal gang/disruptive group activity. You are instructed to comply with the interview process. Failure to do so will continue to result in progressive discipline. Inmate SOLTERO [is] [is not] a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ B. Chavez, Correctional Officer | 01/01/07 | C8 Floor Officer | T/F |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ | 1/1/07 | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | 1/6/7 | ▶ | ☐ HO  ☐ SHO  ☐ SC  ☐ FC |
| ☑ SERIOUS | | | | |

## COPIES GIVEN INMATE BEFORE HEARING

| ☑ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | |
|---|---|---|---|---|---|
| | ▶ | 1/6/07 | 0715 | | |

| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ | | | ▶ | | |

HEARING

**Plea:** The state were filed about and witnessing Inmate Soltero acknowledged of his failing at the charges and entered a plea of not Guilty. the witness signature on the CDC 115.

**Findings:** Inmate Soltero was found **Guilty** of violating CCR§ 3005(b); specifically, "Recurring Failure to Meet Program Expectations," a Division 'F' offense (CCR§ 3323(h)(3)).

**Disposition:** Assessed 30 days forfeiture of behavioral credits, consistent with a Division 'F' offense (CCR§ 3323(h)(3)); Assessed 90 days loss of privileges: ½ canteen draw, no special purchase, no quarterly packages, no telephone use and no yard access (to begin 01-11-07 and end 04-11-07); Inmate was counseled and reprimanded.

| REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA | **Disposition continued on CDC 115-C** | | |
|---|---|---|---|

| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
|---|---|---|---|---|
| J. Celaya, Lieutenant | ▶ | | | |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE |
|---|---|---|---|---|
| ▶ G. Ponder, Captain | | ▶ M. Moore | | |

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
|---|---|---|---|---|
| | ▶ | | | |

CDC 115 (7/88)

## SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | VIOLATED RULE NO(S). | | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | C.C.R. §3005(b) | | 12/26/06 | S.V.S.P. | |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

### POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| **I REVOKE** my request for postponement. | ▶ N/A | |

### STAFF ASSISTANT

| STAFF ASSISTANT | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | | |
| ☐ NOT ASSIGNED | REASON | | | |

### INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | | |
| ☐ NOT ASSIGNED | REASON | | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

### WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER _____ ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | | DATE |
|---|---|---|---|
| | ▶ | | |
| ☑ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |

CDC 115-A (7/88) *— If additional space is required use supplemental pages —* OSP 03 74845

·STATE OF CALIFORNIA·                  DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C           PAGE  _1_  OF  _2_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | C06-12-0047 | SVSP | 01-11-07 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** Hearing commenced on 01-11-07 at 1040 hours, Inmate Soltero refused to attend.

**Inmate's Health:** Inmate Soltero refused to attend the hearing, therefore, his health was not ascertained.

**MHSDS:** Inmate Soltero is not a participant in the Mental Health Services Delivery System.

**Date of discovery:** 12-26-06          **Initial RVR copy issued on:** 01-05-07
**Hearing Completed on:** 01-11-07      **Last document issued to inmate on:** 01-05-07
**D.A. Postponed date:** N/A           **Date D.A. results issued:** N/A

**Time Constraints:** All time constraints have been met pursuant to CCR§ 3320. Inmate Soltero acknowledged receiving all documents used for this hearing 24 hours prior to the hearing.

**Staff Assistant (SA):** Inmate Soltero (GPL HSD) does not meet the criteria for the assignment of a staff assistant per CCR§ 3315.

**Investigative Employee (IE):** Inmate Soltero does not meet the criteria for the assignment of an Investigative Employee per CCR§ 3315.

**D.A. Referral:** This matter was not eferred to the Monterey County Attorney's Office.

**Evidence Requested or Used:** Inmate Soltero did not request that evidence be produced for this hearing at the time he was issued a copy of the CDC-115A.

**Video Tape Evidence:** No video tape evidence was utilized in the adjudication or fact finding process of this CDC-115 Rules Violation Report.

**Inmate Plea and Statement:** Inmate Soltero refused to attend the hearing, therefore, SHO entered a plea of Not Guilty on his behalf.

**Witnesses Requested or Provided:** Inmate Soltero did not request that any staff or inmate witnesses be produced for this hearing.

**Witness Testimony at Hearing:** No witnesses were requested or granted by the SHO.

**Confidential Information:** Confidential information was not used in the adjudication of this 115.

**Findings:** Inmate Soltero is found **guilty** of the charged offense of violating CCR§ 3005(b); for the specific act of, "Recurring Failure to Meet Program Expectations," a Division 'F' offense (CCR§ 3323(h)(3)). The evidence used to render this finding included:

   1.)  Rules Violation Report authored by Correctional Officer B. Chavez, which states in part, "On 12/22/06, at approximately 1030 hours...you inmate Soltero, (K-36340, C8-225), failed to participate in the facility interviews. Interviews are designed to gather information and assist the administration with returning the facility to normal program...On 12/26/06, you were instructed to interview and again failed to comply..."

| SIGNATURE OF WRITER | | TITLE | | DATE NOTICE SIGNED | |
|---|---|---|---|---|---|
| J. Celaya | | Correctional Lieutenant | | 1-24-07 | |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: | TIME SIGNED: | |
| | | | 02/06/07 | 1800 | |

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                        PAGE __2__ OF __2__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-36340 | Soltero | C06-12-0047 | SVSP | 01-11-07 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

Base on the aforementioned facts, this SHO finds the preponderance of the evidence **has** been met to render and sustain a finding of guilt on the charged offense of violating CCR§ 3005(b); specifically, "Recurring Failure to Meet Program Expectations," a Division 'F' offense (CCR§3323 (h)(3)).

**Additional Disposition:** None.

**Enemy Concerns:** There are no enemy concerns related to this disciplinary hearing.

**Appeal Rights:** Inmate Soltero was advised that the disposition of this Rules Violation Report would not become final until approved by the Chief Disciplinary Officer, at which time he will receive a final copy of the completed CDC-115. He was also advised of his rights to appeal the findings of this hearing, the methods of appealing, and credit restoration rights pursuant to CCR§ 3327 & 3328, governing the restoration of forfeited credits.

| SIGNATURE OF WRITER | | TITLE | DATE NOTICE SIGNED |
|---|---|---|---|
| J. Celaya | | Correctional Lieutenant | 1/24/07 |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
| | | 02/06/07 | 1800 |

STATE OF CALIFORNIA
**RULES VIOLATION REPORT**

DEPARTMENT OF CORRECTIONS

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-36340 | SOLTERO | | | S.V.S.P. | CB-225 | |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | Recurring Failure to | LOCATION Fac "C" | DATE | TIME |
|---|---|---|---|---|---|
| C.C.R. §3005(b) | Meet Program Expectations | | Build. 8 | 12/26/06 | 1030 Hrs. |

CIRCUMSTANCES On 12/22/06, at approximately 1030 hours, you Inmate SOLTERO, (K-36340, CB-225), failed to participate in the facility interviews. Interviews are designed to gather information and assist the administration with returning the facility to a normal program. By failing to interview the administration is unable to determine the threat you pose to other inmates or staff and or having any information relative to the incident (criminal gang activity which occurred) that requires the interview process per D.O.M. 55015 Unlock Protocol. Based on this, it appears that you are promoting the activity or organized criminal/gang/disruptive group activity, which occurred that required an investigation/interview process to be implemented. As a general population inmate, you are expected to comply with departmental policy, rules and regulations as well as institutional procedures. State and Federal Laws. By failing to participate in the interview process, you are willfully indicating that you may have information and could actively be participating and promoting in organized criminal gang/disruptive group activity. You were non-receptive to counseling. On 12/26/06, you were instructed to interview and again failed to comply. Based on the nature of the incident your refusal to participate in the review process, you are promoting organized criminal gang/disruptive group activity. You are instructed to comply with the interview process. Failure to do so will continue to result in progressive discipline. Inmate SOLTERO [is] [is not] a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | | | DATE | ASSIGNMENT | | RDO'S |
|---|---|---|---|---|---|---|
| ▶ B. Chavez, Correctional Officer | | | | C8 Floor Officer | | T/F |

| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|---|
| ▶ | | | DATE | LOC. | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | | ▶ | | | | |
| ☐ SERIOUS | | | | ☐ HO | ☐ SHO | ☐ SC | ☐ FC |

| COPIES GIVEN INMATE BEFORE HEARING | | | | | |
|---|---|---|---|---|---|
| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

**HEARING**

REFERRED TO ☐ CLASSIFICATION    ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE ▶ | DATE | TIME |
|---|---|---|---|---|
| REVIEWED BY: (SIGNATURE) ▶ | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | DATE | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |

CDC 115 (7/88)

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-36340 | SOLTERO | C.C.R. §3005(b) | 12/26/06 | S.V.S.P. | C06-12-05/7 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT [ ] YES [X] NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| [ ] I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] I REVOKE my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] REQUESTED  [ ] WAIVED BY INMATE | ▶ | |

| [ ] ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| [ ] NOT ASSIGNED | REASON | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] REQUESTED  [ ] WAIVED BY INMATE | ▶ | |

| [ ] ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| [X] NOT ASSIGNED | REASON | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

[ ] REPORTING EMPLOYEE    [ ] STAFF ASSISTANT    [ ] INVESTIGATIVE EMPLOYEE    [ ] OTHER _____    [ ] NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | [ ] | [ ] | | [ ] | [ ] |
| | [ ] | [ ] | | [ ] | [ ] |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| [X] COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |
|---|---|---|---|

CDC 115-A (7/88) — If additional space is required use supplemental pages — OSP 03 74845