**FILED**
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DANIEL SOLTERO, | |
| Plaintiff, | No. C 08-1763 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| JOE McGRATH, et al., | |
| Defendants. | |

This case was opened in error when plaintiff's amended complaint intended for case number C 07-4256 PJH (PR) was treated as commencing a new case. Because the case was opened in error, it is **DISMISSED** without prejudice. The clerk shall file the complaint (document number 1 on the docket) in C 07-4256 PJH (PR), and also retain an electronic copy on the docket for this case for purposes of making a record. No fee is due.

**IT IS SO ORDERED.**

Dated: May ___, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\SOLTERO1763.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR D. SOLTERO,

        Plaintiff,

v.

JOE MCGRATH et al,

        Defendant.
_____/

Case Number: CV08-01763 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Daniel Soltero K-36340
Kern Valley State Prison
D4-115
P.O. Box 5104
Delano, CA 93216

Dated: May 16, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk