Victor Daniel Soltero K36346
Kern Valley State Prison  04-115
3000 W. Cecil Ave
Delano, CA 93216

OFFICE OF THE CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATTN: MONICA NARCISSE, DEPUTY CLERK

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

Sept 2, 2008
RECEIVED
SEP 11 2008
RICHARD W. WIEKING
FILED
SEP 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: VICTOR DANIEL SOLTERO vs. MCGRATH et al., No.: C07 4256 PJH (PR).

Dear Deputy Clerk M. Narcisse,

Friendly greeting's ☺. This correspondance is to enquire upon the status and current disposition of the above-named case.

[NOTE: THE MAY 15, 2008 "ORDER" BY THE COURT, (Phyllis J. Hamilton, United States District Judge), WAS THE LAST DOCUMENT(S) RECIEVE BY THE PLAINTIFF.]

Thank you for your prompt attention to this matter.

Sincerely,     9·2·2008

[signature]

# PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ.P.5; 28 U.S.C§ 1746)

I, Victor Daniel Soltero, declare: I am over 18 years of age and a party to this action. I am a resident of Kern Valley State Prison, in the county of Kern, State of California. My prison address is: 3000 W. Cecil Ave, Delano, CA 93216.

On Sept 2 2008, I served the attached: "Correspondance to Office of the Clerk, U.S. District Court"

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United State Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was address as follows:

Office of the Clerk, U.S. District Court
Northern District of California
Richard W. Wieking, Clerk
Attn. M. Narcisse, Dept. Clerk
450 Golden Gate Ave
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on Sept 2, 2008
(Date)

[signature]
(Declarant signature)



c/o S. Baker 9.3.08

Scott

Kern Valley State Prison
Facility D, Building 4

02 1A
0004604192
MAILED FROM ZIP CODE 93215
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00⁰
JUL 09 2008