IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **VICTOR DANIEL SOLTERO,**<br><br>Plaintiff,<br><br>v.<br><br>**JOE MCGRATH, et al.,**<br><br>Defendants. | C 07-4256 PJH/NJV<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF VICTOR D. SOLTERO, CDCR NO. K-36340** |

Plaintiff **VICTOR D. SOLTERO, CDCR No. K-36340**, a necessary and material witness in proceedings in this case **beginning on December 15, 2010, at 11:00 a.m.**, is confined at Centinela State Prison, in the custody of Warden Domingo Uribe, Jr. In order to secure this inmate's attendance at the settlement conference scheduled for December 15, 2010 at California State Prison-Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Victor D. Soltero, CDCR No. K-36340, to produce said inmate at **California State Prison-Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on December 15, 2010, at 11:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Centinela State Prison and the California Department of Corrections and Rehabilitation to produce inmate **VICTOR D. SOLTERO, CDCR No. K-36340**, for a settlement conference at California State Prison-Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Centinela State Prison.

2.  The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Centinela State Prison,

**YOU ARE COMMANDED** to produce inmate **VICTOR D. SOLTERO, CDCR No. K-36340**, for a settlement conference at California State Prison-Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Centinela State Prison.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated:  November 16, 2010



IT IS SO ORDERED
Judge Nandor J. Vadas