UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VICTOR DANIEL SOLTERO,

    Plaintiff,

    v.

JOE McGRATH, Director, Department of Corrections; RODERICK Q. HICKMAN; J. CELAYA; M. ATCHLEY; E. GARCIA; R. SALGADO; C. BEVINS; B. CHAVEZ; D. MORENO; L. FLOWERS; P. LOPEZ; R. BRIONES; D. SMETHERS; R. LAPURGA; JONES; V. SOLIS; J. STEVENSON; R. MOTT; M. NILSSON, M. S. EVANS, Warden, Salinas Valley State Prison; G. PONDERS; and J. RUELAS,

    Defendants.

No. C 07-4256 PJH (PR)

**ORDER DESIGNATING COUNSEL**

The court has determined that it would be beneficial to have counsel assist plaintiff in this matter and has located volunteer counsel willing to be appointed to represent plaintiff. Colin T. Kemp, Esq., of Pillsbury Winthrop Shaw Pittman LLP, 50 Fremont Street, San Francisco, CA 94105, is appointed as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

All proceedings are **STAYED** for four weeks from the date of this order. A trial date has not yet been set. The clerk shall send a copy of this order to Mr. Kemp. The clerk shall also send a copy of this order to plaintiff and defendants' counsel.

**IT IS SO ORDERED**.

DATED: November 15, 2011

                                     PHYLLIS J. HAMILTON
                                     United States District Judge

P:\PRO-SE\PJH\CR.07\SOLTERO4256.name aty.wpd