**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR DANIEL SOLTERO, a<br>        Plaintiff,<br>   v.<br>JOE McGRATH, et al.,<br>        Defendants.<br>_____/ | No. C 07-4256 PJH (NJV)<br><br>ORDER VACATING WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM |

On February 16, 2012, the Court entered an order setting a settlement conference in this case for 1:00 p.m. on March 7, 2012, at Solano State Prison. (Docket No. 77.) The Court issued a writ of habeas corpus ad testificandum for the appearance of Plaintiff at that settlement conference. (Docket No. 78.) On February 28, 2012, the Court issued an order continuing the settlement conference. (Docket No. 80.) Accordingly, the writ of habeas ad testificandum issued for the attendance of Plaintiff Victor Daniel Soltero, inmate no. K-36340, at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: February 28, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge