United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR DANIEL SOLTERO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE McGRATH, et al.,<br><br>    Defendants.<br>_____/ | No.4:07-CV-4256 PJH (NJV)<br><br>ORDER VACATING STATUS CONFERENCE AND SETTLEMENT CONFERENCE |

The settlement conference scheduled in this case for July 26, 2012, and the telephonic status conference scheduled for July 23, 2012, are HEREBY VACATED. Counsel shall contact chambers in September 2012 to discuss the setting of a status conference.

IT IS SO ORDERED.

Dated: June 26, 2012

                                                    NANDOR J. VADAS
                                                    United States Magistrate Judge