**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VICTOR DANIEL SOLTERO,                         No.4:07-CV-4256 PJH (NJV)

        Plaintiff,                                  ORDER VACATING STATUS
                                               CONFERENCE AND
                                               SETTLEMENT CONFERENCE
        v.

JOE McGRATH, et al.,

        Defendants.
_____/

       The settlement conference scheduled in this case for July 26, 2012, and the telephonic status conference scheduled for July 23, 2012, are HEREBY VACATED.  Counsel shall contact chambers in September 2012 to discuss the setting of a status conference.

IT IS SO ORDERED.

Dated: June 26, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge