UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR DANIEL SOLTERO, | No. 4:07-CV-4256 PJH (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| JOE MCGRATH, et al., | |
| Defendants. | |
| _____/ | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of VICTOR DANIEL SOLTERO, inmate no. K-36340, presently in custody at the Centinela State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: November 6, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden Domingo Uribe, Jr.

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of VICTOR DANIEL SOLTERO, inmate no. K-36340, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 17, at 1:00 p.m. on December 19, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the

1 matter of Soltero v. McGrath, et al, and at the termination of said hearing return him forthwith to said
2 hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter
3 be made concerning the custody of said prisoner, and further to produce said prisoner at all times
4 necessary until the termination of the proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

Dated: November 6, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
     Administrative Law Clerk

Dated: November 6, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge



**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VICTOR DANIEL SOLTERO, | No. 4:07-CV-4256 PJH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JOE MCGRATH, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on November 6, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator Rebeca Larios
Centinela State Prison
PO Box 731
Imperial, CA  92251-0731

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas