KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5500
 Facsimile: (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov

*Attorneys for Defendant J. Ruelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| VICTOR DANIEL SOLTERO,<br><br>  Plaintiff,<br><br> v.<br><br>JOE MCGRATH, et al.,<br><br>  Defendants. | Case No. C 07-4256 PJH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge: The Honorable Phyllis J. Hamilton<br>Trial Date: June 3, 2013<br>Action Filed: August 20, 2007 |

Plaintiff Victor Daniel Soltero and Defendant J Ruelas have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 12/19/12          _____
                         Victor Soltero, CDCR No. K-36340
                         Plaintiff

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4256 PJH)

Dated: 12/17/12

Colin T. Kemp
PILLSBURY WINTHROP SHAW PITTMAN
LLP – San Francisco
*Attorney for Plaintiff Victor Soltero*

Dated: 12/19/12

Kyle A. Lewis
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant J. Ruelas*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 12/27/12

The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SF2009202063
20658904.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 07-4256 PJH)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | V. D. Soltero v. J. McGrath, et al. | No. | C 07-4256 PJH |

I hereby certify that on <u>December 21, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Stipulation for Voluntary Dismissal with Prejudice (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 21, 2012</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Thomas V. Loran, III  
Attorney at Law  
Pillsbury Winthrop Shaw Pittman LLP - San Francisco  
Post Office Box 2824  
San Francisco, CA  94126-2824  
Attorney for Victor Daniel Soltero  
K-36340

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 21, 2012</u>, at San Francisco, California.

| | |
|---|---|
| E. Tongol | /s/ *E. Tongol* |
| Declarant | Signature |

20659679.doc